# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,

           Plaintiff

vs.

$140,000.00

           Defendant

## APPEARANCE

CASE NUMBER: 3:00CV1910 (EBB)

**To the Clerk of this court and all parties of record:**

    **Enter my appearance as counsel in this case for:**
George Dale, Carroll Fisher, Keith Wenzel, and Anne B. Pope

10/14/2004
**Date**

10408
**Connecticut Federal Bar Number**

203-821-2000
**Telephone Number**

203-821-2009
**Fax Number**

jal@npmlaw.com
**E-mail address**

_(Signature)_
**Signature**

James A. Lenes
**Print Clearly or Type Name**

Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
**Address**
New Haven, Connecticut  06510

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Please see attached service list.

_(Signature)_
**Signature**
James A. Lenes

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001

## SERVICE LIST

Julie G. Turbert
U.S. Attorney's Office –NH
157 Church St., 23rd Floor
P.O. Box 1824
New Haven, CT 06510

Jeremiah Donovan, Esq.
123 Elm Street
Old Saybrook, CT 06475

Forrest B. Lammiman, Esq.
Lord, Bissell & Brook
115 S. LaSalle Street
Chicago, Illinois 60603

Lane Wharton, Esq.
Bode, Call and Stroup
3101 Glenwood Avenue, Suite 200
Raleigh, North Carolina 27612

David Slossberg, Esq.
Hurwitz & Sagarin, LLC
147 North Broad Street
Milford, CT 06460

James J. Calder, Esq.
Rosenman & Colin, LLP
575 Madison Avenue
New York, NY 10022-2585

Howard R. Wolfe, Esq.
125 Mason Street, P.O. Box 1668
Greenwich, CT 06830

Joseph Martini, Esq.
Pepe & Hazard, LLP
30 Jelliff Lane
Southport, CT 06490

Sundew International, Ltd.
c/o Aria, Fabrega & Fabrega
Trust Co. (BVI) Limited
Wickhams Cay 1, P.O. Box 985
Road Town, Tortola – British Virgin Islands

David Rosse
FPC Nellis
C.S. 4500
North Las Vegas, Nevada 89036-4500

Thomas J. Willams, Esq.
99 Indian Field Road
Greenwich, CT 06830

Andrea L. Roschelle, Esq.
Delafield, Hope & Linder
342 Madison Avenue
New York, NY 10173

Mossack Fonseca & Co (BVI) Ltd.
Akara Building, 24 De Castro Street
P.O. Box 3136
Road Town, Tortola
British Virgin Islands