UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Civil No. 3:00CV1910 (EBB) |
| $140,000.00 IN UNITED STATES CURRENCY SEIZED FROM ACCOUNT NUMBER 1215701749, HELD IN THE NAME OF ARTHUR F. GRANT, AT BANK OF AMERICA, ROLLING HILLS, CALIFORNIA, | : |
| Defendant. | : October 14, 2004 |
| [CLAIMANT: ARTHUR F. GRANT] | : |

PLAINTIFF UNITED STATES OF AMERICA'S
RESPONSE TO NOTICE OF RULE 41(a)

The Plaintiff United States of America ("United States"), hereby responds to the Rule 41(a) Notice entered by the Court on September 24, 2004 in the above-captioned civil forfeiture action. The undersigned Assistant United States Attorney hereby represents to this Court the following:

1. On October 4, 2000, the Plaintiff, United States of America, filed a Verified Complaint of Forfeiture against $140,000.00 in United States Currency seized from Account No. 1215701749, held in the name of Arthur F. Grant at Bank of America, Rolling Hills, California ("Defendant Currency"), to enforce the provisions of 18 U.S.C. § 981(a)(1)(A) for the forfeiture of currency involved in a financial transaction in a violation of 18 U.S.C. §§ 1956 and 1957. This action was filed in connection with the related criminal case entitled United States v. Martin