UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**$140,000 in UNITED STATES** )<br>**CURRENCY SEIZED FROM ACCOUNT** )<br>**NUMBER 1215701749, HELD IN THE** )<br>**NAME OF ARTHUR F. GRANT,** )<br>**AT BANK OF AMERICA,** )<br>**ROLLING HILLS, CALIFORNIA** )<br>)<br>**Defendant.** ) | Civil Action No. 300CV01910 (EBB) |

**MOTION FOR SUBSTITUTION OF PARTY**

Pursuant to Federal Rule of Civil Procedure 25(d)(1), Kim Holland, Oklahoma Insurance Commissioner, as Receiver of Farmers and Ranchers Life Insurance Company in Liquidation ("FRL"), respectfully requests that the Court issue an order substituting her in place of Carroll Fisher, as a party to this case. In support of this Motion, Commissioner Holland, as Receiver, states as follows:

1. In May 1999, Oklahoma Insurance Commissioner Carroll Fisher commenced delinquency proceedings against FRL, an Oklahoma domestic insurer, in the District Court of Oklahoma County, State of Oklahoma, Case No. CJ-99-3401-61. On May 20, 1999, the District Court of Oklahoma County issued an *Agreed Order Appointing Receiver and Permanent Injunction* against FRL, placing FRL into receivership.

2. Pursuant to 36 Okla.Stat. §1914, whenever delinquency proceedings are had against an Oklahoma insurer, the Court shall appoint the Insurance Commissioner as such receiver. Oklahoma

1

Insurance Commissioner Carroll Fisher was thereby appointed receiver of FRL, pursuant to that section.

3.  Carroll Fisher has resigned as Oklahoma Insurance Commissioner.

4.  Kim Holland has assumed the office of Oklahoma Insurance Commissioner, and by virtue of her official capacity as Insurance Commissioner, pursuant to 36 Okla.Stat. §1914, she has been appointed by the District Court of Oklahoma County as the Receiver for FRL.

WHEREFORE, Kim Holland, as Receiver of FRL, respectfully requests that this Court enter an order substituting her for Carroll Fisher, as a party to this case.

This 10th day of February, 2005.

Respectfully submitted,

/s/ Douglas S. Skalka
Douglas S. Skalka, Fed. Bar 00616
**NEUBERT, PEPE & MONTEITH**
195 Church Street, 13th Floor
New Haven, Connecticut 06510

Susan Loving  (21576)
Lester, Loving and Davies
1701 South Kelly
Edmond, Oklahoma  73013-3018
(405) 844-9900
(405) 844-9958 (fax)

Counsel for **KIM HOLLAND**, Insurance Commissioner for the    State of Oklahoma, in her capacity as Receiver of **FARMERS AND RANCHERS LIFE INSURANCE COMPANY IN LIQUIDATION**

CERTIFICATE OF SERVICE

      I certify that on this, the 10th day of February, 2005, a true and correct copy of the foregoing document was served via U.S. Mail, postage prepaid, on the following counsel of record:

| | |
|---|---|
| Alan F. Curley<br>C. Phillip Curley<br>Robinson, Curley & Clayton, P.C.<br>300 South Wacker Drive, S- 1700<br>Chicago, IL  60606 | Steve A. Uhrynowycz<br>Liquidation Division<br>1023 West Capitol Avenue<br>Suite 2<br>Little Rock, AR  72201-1904 |
| Charles G. "Greg" Copeland, Esq.<br>Copeland, Cook, Taylor & Bush, P.A.<br>200 Concourse, Suite 200<br>1062 Highland Colony Parkway<br>Ridgeland, MS 39157 | Graham Matherne<br>Andrew Campbell<br>Wyatt, Tarrant & Combs<br>2525 West End Avenue, Suite 1500<br>Nashville, TN  37203 |
| Douglas J. Schmidt<br>Blackwell, Sanders, Peper, Martin, LLP<br>4801 Main Street, Suite 1000<br>Kansas City, MO 64112 | John B. Hughes, AUSA<br>David X. Sullivan, AUSA<br>United States Attorney's Office<br>P.O. Box 1824<br>New Haven, CT  06508 |

                                            /s/ Douglas S. Skalka
                                           Douglas S. Skalka (ct00616)