UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                              )<br>           Plaintiff,                            )<br>                                                              )<br>v.                                                        )<br>                                                              )<br>$140,000.00 IN UNITED STATES       )<br>CURRENCY SEIZED FROM             )<br>ACCOUNT NO. 1215701749, HELD IN )<br>THE NAME OF ARTHUR F. GRANT,   )<br>AT BANK OF AMERICA, ROLLING    )<br>HILLS, CALIFORNIA,                         )<br>                                                              )<br>           Defendant.                         )<br>                                                              ) | Civil No. 3:00-cv-01910-EBB |

**RECEIVER-CLAIMANTS' JOINT
CROSS-CLAIM AGAINST ARTHUR F. GRANT**

COMES NOW GEORGE DALE, Commissioner of Insurance for the State of Mississippi, in his official capacity as Receiver of Franklin Protective Life Insurance Company, Family Guaranty Life Insurance Company and First National Life Insurance Company of America; PAULA A. FLOWERS, Commissioner of Commerce and Insurance for the State of Tennessee, in her official capacity as Receiver of Franklin American Life Insurance Company; KIM HOLLAND, Insurance Commissioner for the State of Oklahoma, in her official capacity as Receiver of Farmers and Ranchers Life Insurance Company, in Liquidation; MIKE PICKENS, Insurance Commissioner for the State of Arkansas, in his official capacity as Receiver for Old Southwest Life Insurance Company and DOUGLAS M. OMMEN, Acting Director of the Department of Insurance for the State of Missouri, in his official capacity as Receiver of International Financial Services Life Insurance Company (collectively, the "Receiver-Claimants"), by and through counsel, asserting this Joint Cross-Claim against Arthur F. Grant, a

Claimant in this proceeding to the Defendant Currency identified as: "$140,000.00 in United States Currency seized from Account No. 1215701749, held in the name of Arthur F. Grant, at Bank of America, Rolling Hills, California."

## CROSS-CLAIM FOR DECLARATORY JUDGMENT
## AGAINST CLAIMANT ARTHUR F. GRANT

1. The Receiver-Claimants each of them incorporates their previous Answers, Affirmative Defenses, Claim *In Rem* and Counterclaim for Title and Possession as if fully set forth herein.

2. On October 31, 2000, Arthur F. Grant ("Grant") filed a Claim of Ownership alleging that he is the owner of the Defendant Currency.

3. On November 30, 2000, Grant filed an Answer and Affirmative Defenses to the United States' Verified Complaint of forfeiture.

### Jurisdiction and Venue

4. The matter in controversy exceeds, exclusive of interest and costs, $75,000.00.

5. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331, 1332, 1345, 1355, and 1367.

### Claim for Declaratory Judgment

6. As described in Receiver-Claimants' Claims *In Rem* and Counterclaims, one or more of the Insurance Companies represented by the Receiver-Claimants are the rightful owners of the Defendant Currency and should be awarded title to and possession of the Defendant Currency.

7. Grant has asserted in his Answer and Claim that he is the rightful owner of, and is entitled to possession of, the Defendant Currency.

8. In fact, Grant has no right to or interest in the Defendant Property. Rather, one or more of the Receiver-Claimants are the only parties with any ownership interest in the Defendant Currency.

9. Grant has acted with unclean hands in his dealings with one or more of the Insurance Companies.

10. There exists an actual controversy between the Receiver-Claimants on the one hand and Grant on the other as to which of them is entitled to the Defendant Currency, and each has demanded that the Defendant Currency be awarded to it.

11. Declaratory relief will resolve the dispute between the parties as to the ownership of the Defendant Currency.

WHEREFORE, the Receiver-Claimants respectfully pray that this Honorable Court enter its judgment declaring:

(a) One or more of the Insurance Companies represented by the Receiver-Claimants have full and unencumbered title to and interest in, and the sole right to possess, the Defendant Currency, and that full and unencumbered title to and possession of the Defendant Currency is awarded to one or more of the Receiver-Claimants;

(b) Arthur F. Grant has no title to or interest in, or right to possess, the Defendant Currency or any portion thereof;

(c) The Receiver-Claimants are entitled to recover their costs in this matter; and

      (d)    to grant such other, further, and additional relief which the Court finds the Receiver-Claimants to be entitled.

/s/ Douglas S. Skalka
Douglas S. Skalka    Fed. Bar No. 00616
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510-2026
Telephone: (203) 821-2000
Facsimile: (203) 821-2009

Of Counsel

and

Douglas J. Schmidt    MO # 34266
Terrance M. Summers    MO # 38319
Patrick A. McInerney    MO # 37638
Blackwell Sanders Peper Martin LLP
4801 Main, Suite 1000
Kansas City, Missouri 64112
Tel (816) 983-8000
Fax (816) 983-8080
Counsel for DOUGLAS M. OMMEN, Acting Director of the Department of Insurance for the State of Missouri, in his official capacity as Receiver of INTERNATIONAL FINANCIAL SERVICES LIFE INSURANCE COMPANY

and

Alan F. Curley
C. Philip Curley
Cynthia H. Hyndman
ROBINSON CURLEY & CLAYTON, P.C.
300 South Wacker Drive, Suite 1700
Chicago, Illinois 60606
Ph (312) 663-3100

and

Charles G. Copeland (MS Bar #6516)
Rebecca Blunden (MS Bar #99611)
COPELAND, COOK, TAYLOR & BUSH, P.A.
P.O. Box 6020
Ridgeland, Mississippi 39158
Ph (601) 856-7200
Fx (601) 856-7626
Counsel for GEORGE DALE, Commissioner of Insurance for the State of Mississippi, in his official capacity as Receiver of FRANKLIN PROTECTIVE LIFE INSURANCE COMPANY, FAMILY GUARANTY LIFE INSURANCE COMPANY, and FIRST NATIONAL LIFE INSURANCE COMPANY OF AMERICA

and

Andrew B. Campbell (TN 14258, CT Fed. 21433)
Graham Matherne, Esq.
WYATT, TARRANT & COMBS, LLP
2525 West End Avenue, Suite 1500
Nashville, Tennessee 37203-1423
Ph (615) 244-0020
Fx (615) 251-6661
Counsel for PAULA A. FLOWERS, Commissioner of Commerce and Insurance for the State of Tennessee, in her official capacity as Receiver of FRANKLIN AMERICAN LIFE INSURANCE COMPANY

and

Susan B. Loving, Esq.
LESTER, LOVING AND DAVIES
1701 South Kelly
Edmond, Oklahoma 73013
Ph (405) 844-9900
Fx (405) 844-9958
Counsel for KIM HOLLAND, Insurance Commissioner for the State of Oklahoma, in her official capacity as Receiver of FARMERS AND RANCHERS LIFE INSURANCE COMPANY

and

        Steve A. Uhrynowycz, Esq.
Arkansas Insurance Department
Liquidation Division
1023 W. Capitol Avenue, Suite 2
Little Rock, Arkansas 72201-1904
Ph (501) 371-2776
Fx (501) 374-0101
Counsel for MIKE PICKENS, Insurance
Commissioner for the State of Arkansas, in his
official capacity as Receiver of OLD
SOUTHWEST LIFE INSURANCE COMPANY

*Attorneys for Receiver-Claimants*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the foregoing was delivered on the _____ day of February, 2005, via United States mail, first-class postage prepaid, to:

| | |
|---|---|
| John A. Danaher, III<br>United States Attorney | J. Stanley Sanders<br>2015 Wellington Road<br>Los Angeles, CA 90016 |
| John B. Hughes<br>Assistant U. S. Attorney<br>Chief, Civil Division | *Attorney for Arthur F. Grant* |
| David X. Sullivan<br>Assistant United States Attorney<br>P.O. Box 1824<br>New Haven, CT 06508 | |

*Attorneys for Plaintiff United States of America*


        /s/ Douglas S. Skalka
        Douglas S. Skalka   (ct00616)
        Neubert, Pepe & Monteith, P.C.