**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>$140,000.00 IN UNITED STATES )<br>CURRENCY SEIZED FROM )<br>ACCOUNT NO. 1215701749, HELD IN )<br>THE NAME OF ARTHUR F. GRANT, )<br>AT BANK OF AMERICA, ROLLING )<br>HILLS, CALIFORNIA, )<br>)<br>Defendant. ) | Civil No. 3:00CV01910 EBB |

**RECEIVER-CLAIMANTS' MOTION FOR EXTENSION
OF SCHEDULING ORDER DEADLINES**

COME NOW GEORGE DALE, Commissioner of Insurance for the State of Mississippi, in his official capacity as Receiver of Franklin Protective Life Insurance Company ("FPL"), Family Guaranty Life Insurance Company ("FGL"), and First National Life Insurance Company of America (collectively "FNL"), PAULA A. FLOWERS, Commissioner of Commerce and Insurance for the State of Tennessee, in her official capacity as Receiver of Franklin American Life Insurance Company ("FAL"), KIM HOLLAND, Insurance Commissioner for the State of Oklahoma, in his official capacity as Assistant Receiver of Farmers and Ranchers Life Insurance Company in Liquidation ("F&RL"), MIKE PICKENS, Insurance Commissioner for the State of Arkansas, in his official capacity as Receiver of Old Southwest Life Insurance Company ("OSL"), W. DALE FINKE, Director of the Department of Insurance for the State of Missouri, in his official capacity as Receiver of International Financial Services Life Insurance Company ("IFS"), (collectively, the "Receivers or Claimants"), and request that the Court extend the deadlines in its original Scheduling Order an additional sixty (90) days for the following reasons:

KC-1283190-1

1. The Receiver-Claimants served cross-claims on Arthur Grant on February 11, 2005. To date they have receive no answer.

2. If the cross-claim defendant defaults, the Receiver-Claimants intend to file a motion for summary judgment which, if granted, may eliminate the need for further discovery or trial preparation.

3. Counsel for the Receiver-Claimants has contacted the United States Attorney's office and obtained its consent to the requested extension.

4. No parties will be prejudiced as a result of the requested extension.

WHEREFORE, the Receiver-Claimants move the Court to extend all deadlines in the Court's Scheduling Order an additional 90 days to permit the parties to conduct discovery and to grant such other and further relief as the Court deems appropriate.

Respectfully submitted, this the 15th day of April, 2005.

/s/ James A. Lenes
James A. Lenes          Fed. Bar No. 10408
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510-2026
Telephone: (203) 821-2000
Facsimile:  (203) 821-2009

Of Counsel

Alan F. Curley
C. Philip Curley
Cynthia H. Hyndman
ROBINSON CURLEY & CLAYTON, P.C.
300 South Wacker Drive, Suite 1700
Chicago, Illinois 60606
Ph (312) 663-3100

and

Douglas J. Schmidt                MO # 34266
Terrance M. Summers           MO # 38319
Patrick A. McInerney            MO # 37638
Blackwell Sanders Peper Martin LLP
4801 Main, Suite 1000
Kansas City, Missouri 64112
Tel (816) 983-8000
Fax (816) 983-8080
Counsel for W. DALE FINKE, Director of the Department of Insurance for the State of Missouri, in his official capacity as Receiver of INTERNATIONAL FINANCIAL SERVICES LIFE INSURANCE COMPANY

and

Charles G. Copeland (MS Bar #6516)
Rebecca Jordan (MS Bar #99611)
COPELAND, COOK, TAYLOR & BUSH, P.A.
P.O. Box 6020
Ridgeland, Mississippi 39158
Ph (601) 856-7200
Fx (601) 856-7626
Counsel for GEORGE DALE, Commissioner of Insurance for the State of Mississippi, in his official capacity as Receiver of FRANKLIN PROTECTIVE LIFE INSURANCE COMPANY, FAMILY GUARANTY LIFE INSURANCE COMPANY, and FIRST NATIONAL LIFE INSURANCE COMPANY OF AMERICA

and

Andrew B. Campbell (TN 14258, CT Fed. 21433)
Graham Matherne, Esq.
WYATT, TARRANT & COMBS, LLP
2525 West End Avenue, Suite 1500
Nashville, Tennessee  37203-1423
Ph (615) 244-0020
Fx (615) 251-6661
Counsel for PAULA A. FLOWERS, Commissioner of Commerce and Insurance for the State of Tennessee, in her official capacity as Receiver of FRANKLIN AMERICAN LIFE INSURANCE COMPANY

and

Susan B. Loving, Esq.
LESTER, LOVING AND DAVIES
1701 South Kelly
Edmond, Oklahoma 73013
Ph (405) 844-9900
Fx (405) 844-9958
Counsel for KIM HOLLAND, Insurance Commissioner for the State of Oklahoma, in his official capacity as Receiver of FARMERS AND RANCHERS LIFE INSURANCE COMPANY

and

Steve A. Uhrynowycz, Esq.
Arkansas Insurance Department
Liquidation Division
1023 W. Capitol Avenue, Suite 2
Little Rock, Arkansas 72201-1904
Ph (501) 371-2776
Fx (501) 374-0101
Counsel for MIKE PICKENS, Insurance Commissioner for the State of Arkansas, in his official capacity as Receiver of OLD SOUTHWEST LIFE INSURANCE COMPANY

Attorneys for Claimants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was delivered on this 15th day of April, 2005, via United States mail, first-class postage prepaid, to:

| | |
|---|---|
| John A. Danaher, III<br>United States Attorney | J. Stanley Sanders<br>Law Offices of J. Stanley Sanders<br>2015 Wellington Road |
| John B. Hughes<br>Assistant U. S. Attorney<br>Chief, Civil Division | Los Angeles, CA 90016<br><br>*Attorney for Arthur F. Grant* |

David X. Sullivan
Assistant United States Attorney
P.O. Box 1824
New Haven, CT 06508

Attorneys for Plaintiff United States of America

David N. Rosen
Rosen & Dolan, P.C.
400 Orange Street
New Haven, CT 06511

Attorneys for Claimants Peoples, Veterans, Huff Cook and Settlers

/s/ James A. Lenes
James A. Lenes
Neubert, Pepe & Monteith, P.C.