UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:00CV1910 (EBB) |
| | : | |
| $140,000.00 IN UNITED STATES CURRENCY SEIZED FROM ACCOUNT NUMBER 1215701749, HELD IN THE NAME OF ARTHUR F. GRANT, AT BANK OF AMERICA, ROLLING HILLS, CALIFORNIA, | : | |
| | : | |
| Defendant. | : | June 30, 2005 |
| | : | |
| [CLAIMANT: ARTHUR F. GRANT] | : | |

PLAINTIFF UNITED STATES OF AMERICA'S
MOTION FOR EXTENSION OF TIME
TO COMPLETE DISCOVERY

Pursuant to Local Rule 7(b), the Plaintiff, United States of America, respectfully requests an extension of time from July 1, 2005 until September 16, 2005, within which to complete discovery in this case.

The parties in the case are the Plaintiff, United States of America, Arthur F. Grant, and the following victim insurance companies: (1) Mississippi Commissioner of Insurance George Dale, Liquidator of First National Life Insurance Company of America, Franklin Protective Life Insurance Company, and Family Guaranty Life Insurance Company; (2) Commissioner Anne B. Pope, Receiver and Liquidator of Franklin American Life Insurance Company; (3) Director Keith Wenzel, Receiver of International Financial Services Life Insurance Company; (4) Carroll Fisher,

Insurance Commissioner and Receiver for Farmers and Ranchers Life Insurance Company; (5) Mike Pickens, Receiver of Old Southwest Life Insurance Company.

Thus far in the litigation, the parties have engaged in some informal discovery. As part of the ongoing effort to resolve the Frankel-related forfeiture actions, the United States and Receiver-Claimants would like more time to conduct further discovery to aid in the resolution of the outstanding claim of Arthur F. Grant in this case. The additional time would therefore be appreciated.

This is the first motion to extend this time limitation. Counsel for Claimant Arthur F. Grant and Counsel for the Receiver-Claimants have indicated that they have no objection to this motion for extension of time and also join in moving for more time to complete discovery.

    Respectfully submitted,

    KEVIN J. O'CONNOR
    UNITED STATES ATTORNEY


    JULIE G. TURBERT
    ASSISTANT U.S. ATTORNEY
    P.O. BOX 1824
    NEW HAVEN, CT  06508
    (203) 821-3700
    FEDERAL BAR # ct23398

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Plaintiff United States of America's Motion to Extend Time to Complete Discovery has been mailed, postage prepaid, on this 30th day of June, 2005, to:

J. Stanley Sanders, Esq.
2015 Wellington Road
Los Angeles, CA 90016-1824

Douglas J. Schmidt, Esq.
Blackwell Sanders Peper Martin, LLP
2300 Main Street, Suite 1000
Kansas City, Missouri 64108

Douglas S. Skalka, Esq.
Neubert, Pepe & Monteith
195 Church Street
New Haven, CT 06510

Graham Matherne, Esq.
Wyatt Tarrant & Combs
2525 West End Avenue, Suite 1500
Nashville, Tennessee 37203

Charles G. Copeland, Esq.
Copeland, Cook, Taylor & Bush, P.A.
1062 Highland Colony Parkway, Ste. 200
P.O. Box 6020
Ridgeland, Mississippi 39157

Andrew B. Campbell
Wyatt, Tarrant & Combs
2525 W. End Avenue
Suite 1500
Nashville, TN 37203

Susan Loving, Esq.
Lest, Loving and Davies
1701 South Kellly
Edmund, Oklahoma 73013

_____
JULIE G. TURBERT
ASSISTANT U.S. ATTORNEY