UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:00CV1910 (EBB) |
| | : | |
| $140,000.00 IN UNITED STATES CURRENCY SEIZED FROM ACCOUNT NUMBER 1215701749, HELD IN THE NAME OF ARTHUR F. GRANT, AT BANK OF AMERICA, ROLLING HILLS, CALIFORNIA, | : : : : : : | |
| | : | |
| Defendant. | : | October 5, 2005 |
| | : | |
| [CLAIMANT: ARTHUR F. GRANT] | : | |

MOTION TO EXTEND SCHEDULING DEADLINES

The Plaintiff, United States of America, hereby respectfully requests that the scheduling deadlines set in this case be extended.  The other parties to this case, collectively referred to as Receiver-Claimants,[1] also join in this request.  The United States and the Receiver-Claimants propose the following schedule:

| | | |
|---|---|---|
| 1. | Complete discovery by: | January 20, 2006 |
| 2. | Disclosure of experts by: | February 6, 2006 |
| 3. | Disclosure of rebuttal experts by: | February 20, 2006 |
| 4. | Dispositive motions by: | March 8, 2006 |
| 5. | Pre-Trial Conference: | March 22, 2006 |
| 6. | Trial-Ready Date: | April 25, 2006 |

---

[1] International Financial Services Life Insurance Company, Franklin Protective Life Insurance Company, Family Guaranty Life Insurance Company, First National Life Insurance Company, Franklin American Life Insurance Company, Farmers and Ranchers Life Insurance Company, and Old Southwest Life Insurance Company.

This case is related to several other civil forfeiture cases[2] in which there are additional victim-claimants.[3] In those related cases, the parties have agreed to extend certain deadlines pending a decision from this Court, as well as the Mississippi Liquidation Court, on the Receiver-Claimants' Motion to Dismiss, which is currently pending in both courts. In the Mississippi case, Peoples, Veterans and Settlers have appealed their priority assigned by the Liquidation Court in connection with the losses sustained by various insurance and re-insurance companies as a result of the fraudulent scheme conducted by Martin Frankel and others. That case was recently remanded from the Mississippi Supreme Court and is awaiting a decision. A hearing in the Mississippi was scheduled for September 1, 2005, but due to Hurricane Katrina, the hearing was postponed and a new date has not yet been scheduled.

In the $29,035,500.00 & $3,241,500.00 and 277 Diamonds, et al. cases before this Court, Receiver-Claimants have moved to dismiss the claims of Peoples, Veterans and Settlers on the grounds that they lack standing to assert their constructive trust claims in those cases. Even though Peoples, Veterans and Settlers have not asserted claims in this case, the parties have agreed to hold off on moving forward with the case because the decisions in both courts on the Receiver-Claimants' motions to dismiss will have an impact on all of the related civil forfeiture actions.

---

United States v. $29,035,500.00 & $3,241,500.00, Civil No. 3:01CV1515 (EBB); United States v. 277 Diamonds, et al., Civil No. 3:02CV889 (EBB).

Peoples Benefit Life Insurance Company, Veterans Life Insurance Company, and Huff Cook, Inc. (Settlers), collectively "Peoples, Veterans and Settlers."

This is the first motion for extension filed with respect to these deadlines. Counsel for the Receiver-Claimants, have indicated that they support the granting of this motion. J. Stanley Sanders, counsel for the Claimant, Arthur Grant, has also indicated that he concurs with the proposed deadlines set forth above.

        Respectfully submitted,

        KEVIN J. O'CONNOR
        UNITED STATES ATTORNEY


        JULIE G. TURBERT
        ASSISTANT U.S. ATTORNEY
        157 CHURCH STREET
        P.O. BOX 1824
        NEW HAVEN, CT 06508
        TEL. (203) 821-3700
        FAX (203) 773-5373
        FEDERAL BAR # ct23398

CERTIFICATE OF SERVICE

       This is to certify that a copy of the within and foregoing Motion to Extend Scheduling Deadlines has been mailed, postage prepaid, this 5th day of October, 2005, to:

| | |
|---|---|
| J. Stanley Sanders, Esq.<br>2015 Wellington Road<br>Los Angeles, CA 90016-1824 | Charles G. Copeland, Esq.<br>Copeland, Cook, Taylor & Bush, P.A.<br>1062 Highland Colony Parkway, Ste. 200<br>P.O. Box 6020<br>Ridgeland, Mississippi 39157 |
| Douglas J. Schmidt, Esq.<br>Tessa K. Jacob, Esq.<br>Terrance Summers, Esq.<br>Blackwell Sanders Peper Martin, LLP<br>2300 Main Street, Suite 1000<br>Kansas City, Missouri 64108 | Andrew B. Campbell<br>Wyatt, Tarrant & Combs<br>2525 W. End Avenue<br>Suite 1500<br>Nashville, TN 37203 |
| Douglas S. Skalka, Esq.<br>Neubert, Pepe & Monteith<br>195 Church Street<br>New Haven, CT 06510 | Susan Loving, Esq.<br>Lest, Loving and Davies<br>1701 South Kellly<br>Edmund, Oklahoma 73013 |
| Graham Matherne, Esq.<br>Wyatt Tarrant & Combs<br>2525 West End Avenue, Suite 1500<br>Nashville, Tennessee  37203 | |

 

                                                   _____<br>
                                                   JULIE G. TURBERT<br>
                                                   ASSISTANT U.S. ATTORNEY