UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:00CV1910 (EBB) |
| | : | |
| $140,000.00 IN UNITED STATES | : | |
| CURRENCY SEIZED FROM ACCOUNT | : | |
| NUMBER 1215701749, HELD IN THE | : | |
| NAME OF ARTHUR F. GRANT, | : | |
| AT BANK OF AMERICA, | : | |
| ROLLING HILLS, CALIFORNIA, | : | |
| | : | |
| Defendant. | : | January 20, 2006 |
| | : | |
| [CLAIMANT: ARTHUR F. GRANT] | : | |

SECOND MOTION TO EXTEND SCHEDULING DEADLINES

The Plaintiff, United States of America, hereby respectfully requests that the scheduling deadlines set in this case be extended. The other parties to this case, collectively referred to as Receiver-Claimants,[1] also join in this request. The United States and the Receiver-Claimants propose the following schedule:

---

[1] Kim Holland, Commissioner of Insurance for the State of Oklahoma, in her capacity as Receiver of Farmers and Ranchers Life Insurance Company; W. Dale Finke, Director of the Missouri Department of Insurance, in his capacity as Receiver of International Financial Services Life Insurance Company; Paula A. Flowers, Commissioner of Commerce and Insurance for the State of Tennessee, in her capacity as Receiver of Franklin American Life Insurance Company; Julie Benafield Bowman, Commissioner of Insurance for the State of Arkansas, in her capacity as Receiver of Old Southwest Life Insurance Company; and George Dale, Commissioner of Insurance for the State of Mississippi, in his capacity as Liquidator of Family Guaranty Life Insurance Company, Franklin Protective Life Insurance Company, and First National Life Insurance Company of America.

| | | |
|---|---|---|
| 1. | Complete discovery by: | April 26, 2006 |
| 2. | Disclosure of experts by: | May 17, 2006 |
| 3. | Disclosure of rebuttal experts by: | May 31, 2006 |
| 4. | Dispositive motions by: | June 21, 2006 |
| 5. | Pre-Trial Conference: | July 6, 2006 |
| 6. | Trial-Ready Date: | August 9, 2006 |

This case is related to several other civil forfeiture cases[2] in which there are additional victim-claimants.[3] In those related cases, the parties have agreed to extend certain deadlines pending a decision from this Court, as well as the Mississippi Liquidation Court, on the Receiver-Claimants' Motion to Dismiss, which is currently pending in both courts. In the Mississippi case, Peoples, Veterans and Settlers have appealed their priority assigned by the Liquidation Court in connection with the losses sustained by various insurance and re-insurance companies as a result of the fraudulent scheme conducted by Martin Frankel and others. That case was recently remanded from the Mississippi Supreme Court and is awaiting a decision. A hearing in the Mississippi case was scheduled for September 1, 2005, but due to Hurricane Katrina, the hearing was postponed. A new hearing date is currently scheduled for May 1, 2006.

In the $29,035,500.00 & $3,241,500.00 and 277 Diamonds, et al. cases before this Court, Receiver-Claimants have moved to dismiss the claims of Peoples, Veterans and Settlers on the grounds that they lack standing to assert their constructive trust claims in those cases. Even

---

[2] United States v. $29,035,500.00 & $3,241,500.00, Civil No. 3:01CV1515 (EBB); United States v. 277 Diamonds, et al., Civil No. 3:02CV889 (EBB).

[3] Peoples Benefit Life Insurance Company, Veterans Life Insurance Company, and Huff Cook, Inc. (Settlers), collectively "Peoples, Veterans and Settlers."

though Peoples, Veterans and Settlers have not asserted claims in this case, the parties have agreed to hold off on moving forward with the case because the decisions in both courts on the Receiver-Claimants' motions to dismiss will have an impact on all of the related civil forfeiture actions.

     This is the second motion for extension filed with respect to these deadlines. Counsel for the Receiver-Claimants concur with this request and support the granting of this motion. Undersigned counsel attempted to contact Arthur Grant's attorney, J. Stanley Sanders, to ascertain his position on this motion, but has not heard back from him as of the filing of this motion.

                                        Respectfully submitted,

                                        KEVIN J. O'CONNOR
                                        UNITED STATES ATTORNEY

                                        JULIE G. TURBERT
                                        ASSISTANT U.S. ATTORNEY
                                        157 CHURCH STREET
                                        P.O. BOX 1824
                                        NEW HAVEN, CT 06508
                                        TEL. (203) 821-3700
                                        FAX (203) 773-5373
                                        FEDERAL BAR # ct23398

CERTIFICATE OF SERVICE

      This is to certify that a copy of the within and foregoing Second Motion to Extend Scheduling Deadlines has been mailed, postage prepaid, this 20th day of January, 2006, to:

| | |
|---|---|
| J. Stanley Sanders, Esq.<br>2015 Wellington Road<br>Los Angeles, CA 90016-1824 | Charles G. Copeland, Esq.<br>Copeland, Cook, Taylor & Bush, P.A.<br>1062 Highland Colony Parkway, Ste. 200<br>P.O. Box 6020<br>Ridgeland, Mississippi 39157 |
| Douglas J. Schmidt, Esq.<br>Tessa K. Jacob, Esq.<br>Terrance Summers, Esq.<br>Blackwell Sanders Peper Martin, LLP<br>4801 Main Street, Suite 1000<br>Kansas City, MO 64112 | Andrew B. Campbell<br>Wyatt, Tarrant & Combs<br>2525 W. End Avenue<br>Suite 1500<br>Nashville, TN 37203 |
| Douglas S. Skalka, Esq.<br>Neubert, Pepe & Monteith<br>195 Church Street<br>New Haven, CT 06510 | Susan Loving, Esq.<br>Lest, Loving and Davies<br>1701 South Kellly<br>Edmund, Oklahoma 73013 |
| Graham Matherne, Esq.<br>Wyatt Tarrant & Combs<br>2525 West End Avenue, Suite 1500<br>Nashville, Tennessee  37203 | |

 

                                                                                          _____<br>
                                                                                          JULIE G. TURBERT<br>
                                                                                          ASSISTANT U.S. ATTORNEY