UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>$140,000.00 IN UNITED STATES )<br>CURRENCY SEIZED FROM )<br>ACCOUNT NO. 1215701749, HELD IN )<br>THE NAME OF ARTHUR F. GRANT, )<br>AT BANK OF AMERICA, ROLLING )<br>HILLS, CALIFORNIA, )<br>)<br>Defendant. )<br>) | Civil No. 3:00-cv-01910-EBB |

## RECEIVER-CLAIMANTS' JOINT MOTION FOR DEFAULT JUDGMENT ON CROSS-CLAIM AGAINST ARTHUR F. GRANT

COMES NOW Claimants GEORGE DALE, Commissioner of Insurance for the State of Mississippi, in his official capacity as Receiver of Franklin Protective Life Insurance Company ("FPL"), Family Guaranty Life Insurance Company ("FGL"), and First National Life Insurance Company of America (collectively "FNL"), PAULA A. FLOWERS, Commissioner of Commerce and Insurance for the State of Tennessee, in her official capacity as Receiver of Franklin American Life Insurance Company ("FAL"), KIM HOLLAND, Insurance Commissioner for the State of Oklahoma, in her official capacity as Receiver of Farmers and Ranchers Life Insurance Company in Liquidation ("F&RL"), JULIE BENAFIELD BOWMAN, Insurance Commissioner for the State of Arkansas, in her official capacity as Receiver of Old Southwest Life Insurance Company ("OSL"), W. DALE FINKE, Director of the Department of Insurance for the State of Missouri, in his official capacity as Receiver of International Financial Services Life Insurance Company ("IFS"), (collectively, the "Receiver-Claimants"), by and

KC-1357623-1

through counsel, pursuant to Fed. R. Civ. P. 55(b)(2) and hereby move that a default judgment be entered against Arthur F. Grant ("Grant"), a Claimant in this proceeding to the Defendant Currency identified as: "$140,000.00 in United States Currency seized from Account No. 1215701749, held in the name of Arthur F. Grant, at Bank of America, Rolling Hills, California." For the reasons set forth below, the Court should grant this motion:

1. On October 31, 2000, Grant filed a Claim of Ownership alleging that he is the owner of the Defendant Currency.

2. On November 30, 2000, Grant filed an Answer and Affirmative Defenses to the United States' Verified Complaint of forfeiture.

3. On December 27, 2000, J. Stanley Sanders entered his appearance as attorney of record for Grant. To date, J. Stanley Sanders remains attorney of record for Grant.

4. On February 11, 2005, Receiver-Claimants filed a Joint Cross-Claim against Arthur F. Grant.

5. A true and correct copy of the Joint Cross-Claim was sent to J. Stanley Sanders at his address of record on February 11, 2005 as evidenced by the certificate of service.

6. Receiver-Claimants assert in their Cross-Claim that Grant has no right to or interest in the Defendant Property and that the Receiver-Claimants are the only parties with any ownership interest in the Defendant Currency.

7. Receiver-Claimants further assert that Grant has acted with unclean hands in his dealings with one or more of the Insurance Companies.

8. No answer or other responsive pleading to the Cross-Claim has ever been filed on behalf of Grant.

9. The time for filing a responsive pleading or motion is long passed, and Receiver-Claimants are entitled to a default judgment in their favor.

WHEREFORE, for these reasons and pursuant to FED. R. CIV. P. 55(b)(2), Receiver-Claimants respectfully requests that the Court enter default judgment in favor of Receiver-Claimants and against Arthur F. Grant declaring:

(a) One or more of the Insurance Companies represented by the Receiver-Claimants have full and unencumbered title to and interest in, and the sole right to possess, the Defendant Currency, and that full and unencumbered title to and possession of the Defendant Currency is awarded to one or more of the Receiver-Claimants;

(b) Arthur F. Grant has no title to or interest in, or right to possess, the Defendant Currency or any portion thereof;

(c) The Receiver-Claimants are entitled to recover their costs in this matter; and

(d) To grant such other, further, and additional relief which the Court finds the Receiver-Claimants to be entitled.

Respectfully submitted,

_____
Douglas S. Skalka                Fed. Bar No. 00616
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510-2026
Telephone: (203) 821-2000
Facsimile: (203) 821-2009

Of Counsel

And

Douglas J. Schmidt MO # 34266
Terrance M. Summers MO # 38319
Patrick A. McInerney MO # 37638
Blackwell Sanders Peper Martin LLP
4801 Main, Suite 1000
Kansas City, Missouri 64112
Tel (816) 983-8000
Fax (816) 983-8080

Counsel for W. DALE FINKE, Director of the
Department of Insurance for the State of Missouri,
in his official capacity as Receiver of
INTERNATIONAL FINANCIAL SERVICES
LIFE INSURANCE COMPANY

and

Alan F. Curley
C. Philip Curley
Cynthia H. Hyndman
ROBINSON CURLEY & CLAYTON, P.C.
300 South Wacker Drive, Suite 1700
Chicago, Illinois 60606
Ph (312) 663-3100

and

Charles G. Copeland (MS Bar #6516)
Rebecca Blunden (MS Bar #99611)
COPELAND, COOK, TAYLOR & BUSH, P.A.
P.O. Box 6020
Ridgeland, Mississippi 39158
Ph (601) 856-7200
Fx (601) 856-7626
Counsel for GEORGE DALE, Commissioner of
Insurance for the State of Mississippi, in his official
capacity as Receiver of FRANKLIN PROTECTIVE
LIFE INSURANCE COMPANY, FAMILY
GUARANTY LIFE INSURANCE COMPANY,
and FIRST NATIONAL LIFE INSURANCE
COMPANY OF AMERICA

and

Andrew B. Campbell (TN 14258, CT Fed. 21433)
Graham Matherne, Esq.
WYATT, TARRANT & COMBS, LLP
2525 West End Avenue, Suite 1500
Nashville, Tennessee 37203-1423
Ph (615) 244-0020
Fx (615) 251-6661
Counsel for PAULA A. FLOWERS, Commissioner of Commerce and Insurance for the State of Tennessee, in her official capacity as Receiver of FRANKLIN AMERICAN LIFE INSURANCE COMPANY

and

Susan B. Loving, Esq.
LESTER, LOVING AND DAVIES
1701 South Kelly
Edmond, Oklahoma 73013
Ph (405) 844-9900
Fx (405) 844-9958
Counsel for KIM HOLLAND, Insurance Commissioner for the State of Oklahoma, in her official capacity as Receiver of FARMERS AND RANCHERS LIFE INSURANCE COMPANY

and

Steve A. Uhrynowycz, Esq.
Arkansas Insurance Department
Liquidation Division
1023 W. Capitol Avenue, Suite 2
Little Rock, Arkansas 72201-1904
Ph (501) 371-2776
Fx (501) 374-0101
Counsel for JULIE BENAFIELD BOWMAN, Insurance Commissioner for the State of Arkansas, in her official capacity as Receiver of OLD SOUTHWEST LIFE INSURANCE COMPANY

*Attorneys for Receiver-Claimants*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:00-cv-01910-EBB |
| | ) | |
| $140,000.00 IN UNITED STATES CURRENCY SEIZED FROM ACCOUNT NO. 1215701749, HELD IN THE NAME OF ARTHUR F. GRANT, AT BANK OF AMERICA, ROLLING HILLS, CALIFORNIA, | ) ) ) ) ) ) | |
| Defendant. | ) ) | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was delivered on the 1st day of February, 2006, via United States mail, first-class postage prepaid, to:

John A. Danaher, III, United States Attorney
John B. Hughes, Assistant U. S. Attorney
David X. Sullivan, Assistant U.S. Attorney
P.O. Box 1824
New Haven, CT 06508

J. Stanley Sanders, Esq.
2015 Wellington Road
Los Angeles, CA 90016

*Attorney for Arthur F. Grant*

*Attorneys for Plaintiff United States of America*

Douglas S. Skalka, ct00616
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510-2026
Telephone: (203) 821-2000
Facsimile: (203) 821-2009