UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:00CV1910 (EBB) |
| | : | |
| $140,000.00 IN UNITED STATES | : | |
| CURRENCY SEIZED FROM ACCOUNT | : | |
| NUMBER 1215701749, HELD IN THE | : | |
| NAME OF ARTHUR F. GRANT, | : | |
| AT BANK OF AMERICA, | : | |
| ROLLING HILLS, CALIFORNIA, | : | |
| | : | |
| Defendant. | : | February 15, 2006 |
| | : | |
| [CLAIMANT: ARTHUR F. GRANT] | : | |

PLAINTIFF UNITED STATES OF AMERICA'S RESPONSE
TO RECEIVER-CLAIMANTS' JOINT MOTION FOR DEFAULT
JUDGMENT ON CROSS-CLAIM AGAINST
ARTHUR F. GRANT

The Plaintiff, United States of America, hereby responds to Receiver-Claimants'[1] Joint

Motion for Default Judgment on Cross-Claim against Arthur F. Grant, dated February 1, 2006,

and received by the United States on February 3, 2006. In that motion, Receiver-Claimants seek

---

[1] Kim Holland, Commissioner of Insurance for the State of Oklahoma, in her capacity as Receiver of Farmers and Ranchers Life Insurance Company; W. Dale Finke, Director of the Missouri Department of Insurance, in his capacity as Receiver of International Financial Services Life Insurance Company; Paula A. Flowers, Commissioner of Commerce and Insurance for the State of Tennessee, in her capacity as Receiver of Franklin American Life Insurance Company; Julie Benafield Bowman, Commissioner of Insurance for the State of Arkansas, in her capacity as Receiver of Old Southwest Life Insurance Company; and George Dale, Commissioner of Insurance for the State of Mississippi, in his capacity as Liquidator of Family Guaranty Life Insurance Company, Franklin Protective Life Insurance Company, and First National Life Insurance Company of America.

a default judgment, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, in favor of Receiver-Claimants and against Arthur F. Grant declaring, inter alia, that the Receiver-Claimants have "full and unencumbered title to and interest in, and the sole right to possess, the Defendant Currency, and that full and unencumbered title to and possession of the Defendant Currency is awarded to one or more of the Receiver-Claimants."

While a default against Arthur F. Grant on the Receiver-Claimants' cross-claim, may be appropriate pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, the United States objects to the entry of a judgment in favor of the Receiver-Claimants pursuant to Rule 55(b). The United States also objects to the entry of a judgment which declares that the Receiver-Claimants have "full and unencumbered title to and possession of the Defendant Currency." This case is related to many other pending forfeiture cases brought by the United States in connection with the illegal fraud scheme of Martin Frankel. The United States is engaged in ongoing litigation with the Receiver-Claimants, as well several other insurance companies victimized by Frankel's scheme. There is also an action pending in Mississippi Liquidation Court which will have an impact on all of the Frankel related forfeiture actions pending before the Court. Once that case is resolved, the parties hope to come to a resolution as to the process by which the assets seized for forfeiture will be made available to the victims of Martin Frankel's fraud.

While the Court may find that a default against Arthur F. Grant pursuant to Rule 55(a) is appropriate, a judgment in favor of Receiver-Claimants pursuant to Rule 55(b) at this stage in the

litigation is premature. The United States of America respectfully requests that the Court not enter a default judgment in favor of the Receiver-Claimants at this time.

                              Respectfully submitted,

                              KEVIN J. O'CONNOR
                              UNITED STATES ATTORNEY

                              JULIE G. TURBERT
                              ASSISTANT U.S. ATTORNEY
                              157 CHURCH STREET
                              P.O. BOX 1824
                              NEW HAVEN, CT 06508
                              TEL. (203) 821-3700
                              FAX (203) 773-5373
                              FEDERAL BAR # ct23398

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Plaintiff United States of America's Response to Receiver-Claimants' Joint Motion for Default Judgment on Cross-Claim Against Arthur F. Grant has been mailed, postage prepaid, this 15th day of February, 2006, to:

J. Stanley Sanders, Esq.
2015 Wellington Road
Los Angeles, CA 90016-1824

Douglas J. Schmidt, Esq.
Tessa K. Jacob, Esq.
Terrance Summers, Esq.
Blackwell Sanders Peper Martin, LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112

Douglas S. Skalka, Esq.
Neubert, Pepe & Monteith
195 Church Street
New Haven, CT 06510

Graham Matherne, Esq.
Wyatt Tarrant & Combs
2525 West End Avenue, Suite 1500
Nashville, Tennessee 37203

Charles G. Copeland, Esq.
Copeland, Cook, Taylor & Bush, P.A.
1062 Highland Colony Parkway, Ste. 200
P.O. Box 6020
Ridgeland, Mississippi 39157

Andrew B. Campbell
Wyatt, Tarrant & Combs
2525 W. End Avenue
Suite 1500
Nashville, TN 37203

Susan Loving, Esq.
Lest, Loving and Davies
1701 South Kellly
Edmund, Oklahoma 73013

_____
JULIE G. TURBERT
ASSISTANT U.S. ATTORNEY