1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LAW OFFICES OF J. STANLEY SANDERS
J. STANLEY SANDERS, ESQ.    CA. BAR NO. 043671
2015 WELLINGTON ROAD
LOS ANGELES, CALIFORNIA  90016-1824

(323) 737-6334; FAX (323) 737-6333

Attorney for ARTHUR F. GRANT, Defendant

## UNITED STATES DISTRICT COURT

### DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 3:00-cv-01910-EBB |
| | ) |
| $140,000.00 IN UNITED STATES | ) |
| CURRENCY SEIZED FROM | ) |
| ACCOUNT NO. 121570149, HELD IN | ) |
| THE NAME OF ARTHUR F. GRANT, | ) |
| AT THE BANK OF AMERICA, | ) |
| ROLLING HILLS, CALIFORNIA | ) |

**OPPOSITION OF DEFENDANT ARTHUR F. GRANT TO
RECEIVER-CLAIMANTS' JOINT MOTION FOR DEFAULT
JUDGMENT ON CROSS-CLAIM AGAINST ARTHUR F. GRANT**

COMES NOW Defendant ARTHUR F. GRANT, by way of

opposing the cross-claimants' motion for default, sets forth   the

following reasons why the Court should not grant said motion:

OPPOSITION OF DEFENDANT ARTHUR F. GRANT TO MOTION FOR DEFAULT JUDGMENT

1. Defendant's counsel, J. Stanley Sanders, 2015 Wellington Road, Los Angeles, California, received via the U.S. mails on February 8, 2006 Receiver-Claimants' Joint Motion for Default Judgment on Cross-Claim Against Arthur F. Grant.

2. The same Joint Motion for Default Judgment was the first notice of any kind that defendant Arthur F. Grant, or any legal representative for Arthur F. Grant, had of Receiver-Claimants' cross-claims against him.

3. Arthur F. Grant is entitled to notice of said cross-claims and to service of process in accordance with Fed. R. Civ. P. 4 and local Rules.

4. As of this date, defendant Grant has not been served with, received or otherwise seen Receiver-Claimants' cross-claims.

5. Defendant Arthur F. Grant has meritorious defenses to any cross-claims from these cross-claimants, or any cross-claimants, and is entitled to be served with a copy of said cross-claim, and to file a responsive pleading to it.

WHEREFORE, for these reasons, the Joint Motion for Default Judgment of cross-claimants against defendant Arthur F. Grant should be

2

denied, and said cross-claimants be ordered to effect service of process in accordance with Fed. R. Civ. P. 4 immediately.

Respectfully submitted,

Law Offices of J. Stanley Sanders

By _____

J. Stanley Sanders, Attorney for Defendant Arthur F. Grant

OPPOSITION OF DEFENDANT ARTHUR F. GRANT TO MOTION FOR DEFAULT JUDGMENT

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the City of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within entitled action. My business address is:

2015 Wellington Road
Los Angeles, CA 90016-1824

On February 15, 2006, I served documents described as:
**OPPOSITION OF DEFENDANT ARTHUR F. GRANT TO RECEIVER-CLAIMANTS' JOINT MOTION FOR DEFAULT JUDGMENT ON CROSS-CLAIM AGAINST ARTHUR F. GRANT**
on interested parties in this action, in the manner described below:

(**XXX** )    (**BY MAIL**)    I placed a copy of said document into a sealed enveloped addressed as follows: **SEE ATTACHED MAILING LIST**

caused such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Los Angeles, California.

(   )    (**BY FACSIMILE**) I caused such document to be sent via facsimile or machine to

(   )    (**BY PERSONAL SERVICE**) I caused such envelope to be delivered by hand to the offices of the addressee

(    (**STATE**)    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

(**XXX**)    (**FEDERAL**)    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed this 15TH day of February 2006 at Los Angeles, California.

J. Stanley Sanders
(Type or Print Name)

**PROOF OF SERVICE**

**MAILING LIST**
**SERVICE OF PROCESS**
**U.S. v. $140,000, et. al.**
**Civil No. 3:00-cv-01910-EBB**

John A. Danaher, III, United States Attorney
John B. Hughes, Assistant U.S. Attorney
David X. Sullivan, Assistant U.S. Attorney
P.O. Box 1824
New Haven, CT 06508

Douglas S. Skalka
Neubert, Peppe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, CT 06510-2026
Tel.: (203) 821-2000
Fax: (203) 821-2009

Douglas J. Schmidt MO # 34266
Terrance M. Summers MO # 38319
Patrick A. McInerney MO # 37638
Blackwell Sanders Peper Martin LLP
4801 Main, Suite 1000
Kansas City, Missouri 64112
Tel (816) 983-8000
Fax (816) 983-8080

Counsel for W. DALE FINKE, Director of the
Department of Insurance for the State of Missouri,
in his official capacity as Receiver of
INTERNATIONAL FINANCIAL SERVICES
LIFE INSURANCE COMPANY

and

Alan F. Curley
C. Philip Curley
Cynthia H. Hyndman
ROBINSON CURLEY & CLAYTON, P.C.
300 South Wacker Drive, Suite 1700
Chicago, Illinois 60606
Ph (312) 663-3100

and

Charles G. Copeland (MS Bar #6516)
Rebecca Blunden (MS Bar #99611)
COPELAND, COOK, TAYLOR & BUSH, P.A.
P.O. Box 6020
Ridgeland, Mississippi 39158
Ph (601) 856-7200
Fx (601) 856-7626
Counsel for GEORGE DALE, Commissioner of
Insurance for the State of Mississippi, in his official
capacity as Receiver of FRANKLIN PROTECTIVE
LIFE INSURANCE COMPANY, FAMILY
GUARANTY LIFE INSURANCE COMPANY,
and FIRST NATIONAL LIFE INSURANCE
COMPANY OF AMERICA

and

Andrew B. Campbell (TN 14258, CT Fed. 21433)
Graham Matherne, Esq.
WYATT, TARRANT & COMBS, LLP
2525 West End Avenue, Suite 1500
Nashville, Tennessee 37203-1423
Ph (615) 244-0020
Fx (615) 251-6661
Counsel for PAULA A. FLOWERS, Commissioner
of Commerce and Insurance for the State of
Tennessee, in her official capacity as Receiver of
FRANKLIN AMERICAN LIFE INSURANCE
COMPANY

and

Susan B. Loving, Esq.
LESTER, LOVING AND DAVIES
1701 South Kelly
Edmond, Oklahoma 73013
Ph (405) 844-9900
Fx (405) 844-9958
Counsel for KIM HOLLAND, Insurance
Commissioner for the State of Oklahoma, in her
official capacity as Receiver of FARMERS AND
RANCHERS LIFE INSURANCE COMPANY

and

Steve A. Uhrynowycz, Esq.
Arkansas Insurance Department
Liquidation Division
1023 W. Capitol Avenue, Suite 2
Little Rock, Arkansas 72201-1904
Ph (501) 371-2776
Fx (501) 374-0101
Counsel for JULIE BENAFIELD BOWMAN,
Insurance Commissioner for the State of Arkansas,
in her official capacity as Receiver of OLD
SOUTHWEST LIFE INSURANCE COMPANY

*Attorneys for Receiver-Claimants*