# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| United State of America | **APPEARANCE** |
| vs. | |
| $140,000.00 in U.S. Currency seized from Account #1215701749 held in the name of Arthur Grant, Bank of America, Rolling Hills, CA | CASE NUMBER: 3:00 cv 1910 (EBB) |

**To the Clerk of this court and all parties of record:**

   Enter my appearance as counsel in this case for:

| | |
|---|---|
| Farmers & Ranchers Life Ins Co<br>   Kim Holland, Receiver | Old Southwest Life Ins Co<br>   Mike Pickens, Receiver |
| International Financial Svcs Life Ins Co<br>   Keith Wenzel, Liquidator | Franklin Protective Life Ins Co, Family Guaranty Life Ins Co, First Natl Life Ins Co of America<br>   George Dale, Commissioner |
| Franklin Amer Life Ins Co<br>   Anne B. Pope, Receiver | |

2. 23 06
**Date**

_[signature]_
**Signature**

ct 12109
**Connecticut Federal Bar Number**

Nancy Bohan Kinsella
**Print Clearly or Type Name**

203-821-2000
**Telephone Number**

195 Church Street, 13th Floor
**Address**

203-821-2009
**Fax Number**

New Haven, CT 06510

nbk@npmlaw.com
**E-mail address**

## CERTIFICATE OF SERVICE

   This is to certify that the foregoing Appearance was mailed on this date to the following:

| | |
|---|---|
| David X. Sullivan<br>John B. Hughes<br>U.S. Attorney's Office<br>P.O. Box 1824<br>New Haven, CT 06510<br>   For Plaintiff. USA | J. Stanley Sanders<br>2015 Wellington Road<br>Los Angeles, CA 90016<br>   for Defendant/Claimant<br>   Arthur F. Grant |

_[signature]_
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001