UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 3:00-cv-01910-EBB |
| | ) |
| $140,000.00 IN UNITED STATES | ) |
| CURRENCY SEIZED FROM | ) |
| ACCOUNT NO. 1215701749, HELD IN | ) |
| THE NAME OF ARTHUR F. GRANT, | ) |
| AT BANK OF AMERICA, ROLLING | ) |
| HILLS, CALIFORNIA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**RECEIVER-CLAIMANTS' MOTION FOR AN EXTENSION OF TIME
TO FILE REPLY TO OPPOSITION OF DEFENDANT ARTHUR F. GRANT
TO RECEIVER-CLAIMANTS' JOINT MOTION FOR DEFAULT JUDGMENT
ON CROSS-CLAIM AGAINST ARTHUR F. GRANT**

COMES NOW Claimants GEORGE DALE, Commissioner of Insurance for the State of Mississippi, in his official capacity as Receiver of Franklin Protective Life Insurance Company ("FPL"), Family Guaranty Life Insurance Company ("FGL"), and First National Life Insurance Company of America (collectively "FNL"), PAULA A. FLOWERS, Commissioner of Commerce and Insurance for the State of Tennessee, in her official capacity as Receiver of Franklin American Life Insurance Company ("FAL"), KIM HOLLAND, Insurance Commissioner for the State of Oklahoma, in her official capacity as Receiver of Farmers and Ranchers Life Insurance Company in Liquidation ("F&RL"), JULIE BENAFIELD BOWMAN, Insurance Commissioner for the State of Arkansas, in her official capacity as Receiver of Old Southwest Life Insurance Company ("OSL"), W. DALE FINKE, Director of the Department of

KC-1373334-1

Insurance for the State of Missouri, in his official capacity as Receiver of International Financial Services Life Insurance Company ("IFS"), (collectively, the "Receiver-Claimants"), by and through counsel, and move the Court for an Order extending the time in which to file their Reply to Opposition of Defendant Arthur F. Grant to Receiver-Claimants' Joint Motion for Default Judgment on Cross-Claim Against Arthur F. Grant. In support of this Motion, the Receiver-Claimants' state:

1.  On October 4, 2000, the United States filed suit against the Currency Defendant $140,000.00, which was seized from Account No. 1215701749 held in the name of Arthur Grant at Bank of America, Rolling Hills, California.

2.  On or about October 31, 2000, Grant filed a Claim of Ownership, alleging he is the owner of the Defendant Currency.

3.  On November 30, 2000, Grant through his attorney, filed an Answer and Affirmative Defenses to the United States' Verified Complaint of Forfeiture.

4.  On February 11, 2005, the Receiver-Claimants filed a Joint Cross-Claim against Arthur F. Grant.

5.  On February 15, 2006, Arthur Grant filed his Opposition to the Receiver-Claimants' Motion. Grant claims he never received service of the Receivers' Motion.

6.  The Receiver-Claimants' Reply is due February 27, 2006.

7.  The Receiver-Claimants' local counsel who served the Receiver-Claimants' Motion is out of town until February 27, 2006.

8.  This is the first request for an extension of time to file Receiver-Claimants' Reply.

9.  The Receiver-Claimants' request a one week extension to file their Reply.

10. This request is made in the interest of justice and will not prejudice the parties.

WHEREFORE, the Receiver-Claimants' pray for an Order granting the Receiver-Claimants a week extension, to and including March 2, 2006, to file their Reply to Opposition of Defendant Arthur F. Grant to Receiver-Claimants' Joint Motion for Default Judgment on Cross-Claim Against Arthur F. Grant.

Dated: New Haven, CT
February 23, 2006

Respectfully submitted,

_____
Douglas S. Skalka (ct00616)
Nancy Bohan Kinsella (ct12109)
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510-2026
Telephone: (203) 821-2000
Facsimile: (203) 821-2009

Of Counsel
and

| | |
|---|---|
| Douglas J. Schmidt | MO # 34266 |
| Terrance M. Summers | MO # 38319 |
| Patrick A. McInerney | MO # 37638 |

Blackwell Sanders Peper Martin LLP
4801 Main, Suite 1000
Kansas City, Missouri 64112
Tel (816) 983-8000
Fax (816) 983-8080

Counsel for W. DALE FINKE, Director of the Department of Insurance for the State of Missouri, in his official capacity as Receiver of INTERNATIONAL FINANCIAL SERVICES LIFE INSURANCE COMPANY

and

Alan F. Curley
C. Philip Curley
Cynthia H. Hyndman
ROBINSON CURLEY & CLAYTON, P.C.
300 South Wacker Drive, Suite 1700
Chicago, Illinois 60606
Ph (312) 663-3100

and

Charles G. Copeland (MS Bar #6516)
Rebecca Blunden (MS Bar #99611)
COPELAND, COOK, TAYLOR & BUSH, P.A.
P.O. Box 6020
Ridgeland, Mississippi 39158
Ph (601) 856-7200
Fx (601) 856-7626
Counsel for GEORGE DALE, Commissioner of Insurance for the State of Mississippi, in his official capacity as Receiver of FRANKLIN PROTECTIVE LIFE INSURANCE COMPANY, FAMILY GUARANTY LIFE INSURANCE COMPANY, and FIRST NATIONAL LIFE INSURANCE COMPANY OF AMERICA

and

Andrew B. Campbell (TN 14258, CT Fed. 21433)
Graham Matherne, Esq.
WYATT, TARRANT & COMBS, LLP
2525 West End Avenue, Suite 1500
Nashville, Tennessee 37203-1423
Ph (615) 244-0020
Fx (615) 251-6661
Counsel for PAULA A. FLOWERS, Commissioner of Commerce and Insurance for the State of Tennessee, in her official capacity as Receiver of FRANKLIN AMERICAN LIFE INSURANCE COMPANY

and

Susan B. Loving, Esq.
LESTER, LOVING AND DAVIES
1701 South Kelly
Edmond, Oklahoma 73013
Ph (405) 844-9900
Fx (405) 844-9958
Counsel for KIM HOLLAND, Insurance
Commissioner for the State of Oklahoma, in her
official capacity as Receiver of FARMERS AND
RANCHERS LIFE INSURANCE COMPANY

and

Steve A. Uhrynowycz, Esq.
Arkansas Insurance Department
Liquidation Division
1023 W. Capitol Avenue, Suite 2
Little Rock, Arkansas 72201-1904
Ph (501) 371-2776
Fx (501) 374-0101
Counsel for JULIE BENAFIELD BOWMAN,
Insurance Commissioner for the State of Arkansas,
in her official capacity as Receiver of OLD
SOUTHWEST LIFE INSURANCE COMPANY

*Attorneys for Receiver-Claimants*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> $140,000.00 IN UNITED STATES ) <br> CURRENCY SEIZED FROM ) <br> ACCOUNT NO. 1215701749, HELD IN ) <br> THE NAME OF ARTHUR F. GRANT, ) <br> AT BANK OF AMERICA, ROLLING ) <br> HILLS, CALIFORNIA, ) <br> ) <br> Defendant. ) | Civil No. 3:00-cv-01910-EBB |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was delivered on this 23rd day of February, 2006, via United States mail, first-class postage prepaid, to:

John B. Hughes, AUSA
David X. Sullivan, AUSA
P.O. Box 1824
New Haven, CT 06508
*Attorneys for Plaintiff United States of America*

J. Stanley Sanders
2015 Wellington Road
Los Angeles, CA 90016
*Attorney for Arthur F. Grant*

The undersigned hereby further certifies that a true and correct copy of the foregoing was delivered on this 23rd day of February, 2006, via facsimile, to:

J. Stanley Sanders
2015 Wellington Road
Los Angeles, CA 90016
(323) 737-6334 telephone
(323) 737-6333 facsimile
*Attorney for Arthur F. Grant*

_____
Douglas S. Skalka (ct00616)
Nancy Bohan Kinsella (ct12109)
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510-2026
Telephone: (203) 821-2000
Facsimile: (203) 821-2009