UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:00CV1910 (EBB) |
| | : | |
| $140,000.00 IN UNITED STATES | : | |
| CURRENCY SEIZED FROM ACCOUNT | : | |
| NUMBER 1215701749, HELD IN THE | : | |
| NAME OF ARTHUR F. GRANT, | : | |
| AT BANK OF AMERICA, | : | |
| ROLLING HILLS, CALIFORNIA, | : | |
| | : | |
| Defendant. | : | July 13, 2006 |
| | : | |
| [CLAIMANT: ARTHUR F. GRANT] | : | |

FOURTH MOTION TO EXTEND SCHEDULING DEADLINES

The Plaintiff, United States of America, hereby respectfully requests that the deadlines in

this case be extended to the following schedule:

| | | |
|---|---|---|
| 1. | Complete discovery by: | October 6, 2006 |
| 2. | Disclosure of experts by: | November 9, 2006 |
| 3. | Disclosure of rebuttal experts by: | November 22, 2006 |
| 4. | Dispositive motions by: | December 7, 2006 |
| 5. | Pre-Trial Conference: | December 21, 2006 |
| 6. | Trial-Ready Date: | January 25, 2007 |

In addition, the Plaintiff, United States of America, requests that the previously scheduled

pre-trial conference for September 21, 2006, remain on the Court's schedule as a telephonic

status conference. The Plaintiff, United States of America, will make the arrangements for the

conference call.  The United States is also filing motions for extension in all of the Frankel-related forfeiture actions,[1] except the two cases that have been stayed[2], to align all of the cases with this proposed schedule.

The parties had requested a third discovery extension until June 26, 2006, due to the Receiver-Claimants' pending Joint Motion for Default Judgment on Cross-Claim Against Arthur Grant.  The motion remains pending before the Court.  Once the Court issues a ruling, the parties will assess the need for additional discovery, experts, or other dispositive motions.

The parties therefore respectfully request an extension of the deadlines as outlined above. This is the fourth motion for extension filed with respect to these deadlines.  Counsel for the Receiver-Claimants[3] concur with this request and the proposed dates outlined above and support

---

[1] United States v. 889 Lake Avenue, 3:99CV979, United States v. $11,014,165.20, et al. 3:99CV2589, United States v. 1995 Turbo Commander Aircraft, et al., 3:99CV2590, United States v. 50 Cases of Wine, 3:00CV2008, United States v. '99 Chevy Tahoe, et al., 3:00CV2007, United States v. $596,013.77, et al., 3:00CV2010, United States v. $662,310.79, et al., 3:00CV2009, United States v. $135,384.88, 3:04CV1083, United States v. 895 Lake Avenue, 3:99CV1772 (EBB), United States v. $140,000, 3:00CV1910.

[2] United States v. $29,035,500.00 & $3,241,500.00, Civil No. 3:01CV1515 (EBB), and United States v. 277 Diamonds, et al., Civil No. 3:02CV889 (EBB).

[3] Kim Holland, Commissioner of Insurance for the State of Oklahoma, in her capacity as Receiver of Farmers and Ranchers Life Insurance Company; W. Dale Finke, Director of the Missouri Department of Insurance, in his capacity as Receiver of International Financial Services Life Insurance Company; Paula A. Flowers, Commissioner of Commerce and Insurance for the State of Tennessee, in her capacity as Receiver of Franklin American Life Insurance Company; Julie Benafield Bowman, Commissioner of Insurance for the State of Arkansas, in her capacity as Receiver of Old Southwest Life Insurance Company; and George Dale, Commissioner of Insurance for the State of Mississippi, in his capacity as Liquidator of Family Guaranty Life Insurance Company, Franklin Protective Life Insurance Company, and First National Life Insurance Company of America.

the granting of this motion.  Counsel for the Claimant, Arthur Grant, has indicated that he also

concurs with the request for extension and proposed dates.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


JULIE G. TURBERT
ASSISTANT U.S. ATTORNEY
157 CHURCH STREET
NEW HAVEN, CT 06510
TEL. (203) 821-3700
FAX (203) 773-5373
FEDERAL BAR # ct23398

<u>CERTIFICATE OF SERVICE</u>

This is to certify that a copy of the within and foregoing Fourth Motion to Extend

Scheduling Deadlines has been mailed, postage prepaid, this 13th day of July, 2006, to:

J. Stanley Sanders, Esq.
2015 Wellington Road
Los Angeles, CA 90016-1824

Douglas J. Schmidt, Esq.
Tessa K. Jacob, Esq.
Terrance Summers, Esq.
Blackwell Sanders Peper Martin, LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112

Douglas S. Skalka, Esq.
Neubert, Pepe & Monteith
195 Church Street
New Haven, CT 06510

Graham Matherne, Esq.
Wyatt Tarrant & Combs
2525 West End Avenue, Suite 1500
Nashville, Tennessee  37203

Charles G. Copeland, Esq.
Copeland, Cook, Taylor & Bush, P.A.
1062 Highland Colony Parkway, Ste. 200
P.O. Box 6020
Ridgeland, Mississippi 39157

Andrew B. Campbell
Wyatt, Tarrant & Combs
2525 W. End Avenue
Suite 1500
Nashville, TN 37203

Susan Loving, Esq.
Lest, Loving and Davies
1701 South Kellly
Edmund, Oklahoma 73013

_____
JULIE G. TURBERT
ASSISTANT U.S. ATTORNEY

4