UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
United States of America,       :
            Plaintiff,          :
                                :
       v.                       :    NO. 3:00CV1910(EBB)
                                :
$140,000.00 in United States    :
Currency Seized from            :
Account No. 1215701749, Held    :
in the Name of Arthur F.        :
Grant, at Bank of America,      :
Rolling Hills, California,      :
            Defendant.          :
```

ORDER

Before the Court is the Receiver-Claimants' Joint Motion for Default Judgment on Cross-Claim Against Arthur F. Grant [Doc. No. 49] pursuant to FED. R. CIV. P. 55(b)(2). This motion must be preceded by a motion for entry of default pursuant to FED. R. CIV. P. 55(a). Once such a motion is received by the Clerk and acted upon, the Court will address the motion for default judgment against Mr. Grant for his alleged failure to answer Receiver-Claimants' Cross-Claim.

SO ORDERED.

_____
ELLEN BREE BURNS, SENIOR JUDGE
UNITED STATES DISTRICT COURT

Dated at New Haven, CT, this ____ day of November, 2006.