UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 3:00-cv-01910-EBB |
| | ) |
| $140,000.00 IN UNITED STATES CURRENCY SEIZED FROM ACCOUNT NO. 1215701749, HELD IN THE NAME OF ARTHUR F. GRANT, AT BANK OF AMERICA, ROLLING HILLS, CALIFORNIA, | ) ) ) ) ) ) |
| | ) |
| Defendant. | ) |
| | ) |

### RECEIVER-CLAIMANTS' JOINT APPLICATION
### FOR ENTRY OF DEFAULT PURSUANT TO FED. R. CIV. § 55(a)

COMES NOW Claimants GEORGE DALE, Commissioner of Insurance for the State of Mississippi, in his official capacity as Receiver of Franklin Protective Life Insurance Company ("FPL"), Family Guaranty Life Insurance Company ("FGL"), and First National Life Insurance Company of America (collectively "FNL"), LESLIE A. NEWMAN, Commissioner for the Tennessee Department of Commerce and Insurance, in her official capacity as Receiver of Franklin American Life Insurance Company ("FAL"), KIM HOLLAND, Insurance Commissioner for the State of Oklahoma, in her official capacity as Receiver of Farmers and Ranchers Life Insurance Company in Liquidation ("F&RL"), JULIE BENAFIELD BOWMAN, Insurance Commissioner for the State of Arkansas, in her official capacity as Receiver of Old Southwest Life Insurance Company ("OSL"), DOUGLAS M. OMMEN, Director of the Missouri Department of Insurance, Financial Institutions and Professional Regulation, in his official capacity as Receiver of International Financial Services Life Insurance Company ("IFS"),

KC-1483328-1

(collectively, the "Receiver-Claimants"), by and through counsel, pursuant to Fed. R. Civ. P. 55(a) and hereby request that the Clerk enter a default against Arthur F. Grant ("Grant"). Grant is a Claimant in this proceeding to the Defendant Currency identified as: "$140,000.00 in United States Currency seized from Account No. 1215701749, held in the name of Arthur F. Grant, at Bank of America, Rolling Hills, California." For the reasons set forth below, the Court should grant this motion:

1. On October 31, 2000, Claimant Grant filed a Claim of Ownership alleging that he is the owner of the Defendant Currency.

2. On November 30, 2000, Claimant Grant filed an Answer and Affirmative Defenses to the United States' Verified Complaint of forfeiture.

3. On December 27, 2000, J. Stanley Sanders entered his appearance as attorney of record for Claimant Grant. To date, J. Stanley Sanders remains attorney of record for Claimant Grant.

4. On February 11, 2005, Receiver-Claimants filed a Joint Cross-Claim against Claimant Grant. The Receiver-Claimants served their Joint Cross-Claim in accordance with Fed. R. Civ. P. 5. See Affidavit of Terrance Summers, attached as Exhibit A.

5. A true and correct copy of the Joint Cross-Claim was sent to J. Stanley Sanders at his address of record on February 11, 2005 as evidenced by the certificate of service. The certificate of service provides that a copy of the Joint Cross-Claim Against Arthur F. Grant "was delivered on the 11 day of February, 2005, via United States mail, first class postage prepaid to J. Stanley Sanders, 2015 Wellington Road, Los Angeles, CA 90016."

6. Receiver-Claimants assert in their Cross-Claim that Claimant Grant has no right to or interest in the Defendant Currency.

7.     Receiver-Claimants further assert that Claimant Grant has acted with unclean hands in his dealings with one or more of the Insurance Companies.

8.     No answer or other responsive pleading to the Joint Cross-Claim has ever been filed by or on behalf of Claimant Grant.

9.     The time for filing a responsive pleading or motion is long passed, and Receiver-Claimants are entitled to entry of default in their favor.

10.    On February 11, 2006, the Receiver-Claimants filed a Joint Motion for Default Judgment on Cross-Claim against Claimant Grant, which was served on attorney Sanders at the same address as its Joint Cross-Claim was previously served in 2005.  Although Claimant Grant filed an Opposition to the Receiver-Claimants' Motion for Default Judgment, he has never answered the Cross-Claims.

11.    On November 9, 2006; the Court denied the Motion and directed the Receiver-Claimants to move first for entry of default pursuant to Fed. R. Civ. P. 55(a).

12.    After receiving the Court's Order, on December 15, 2006, counsel sent a letter, on behalf of the Receiver-Claimants, to J. Stanley Sanders advising him that if his client, Grant, did not file a responsive pleading and responses to written discovery before December 31, 2006, that the Receiver-Claimants would seek to compel its responses and request sanctions.  A copy of the December 15, 2006, letter is attached hereto as Exhibit B.

13.    In response, Attorney Sanders contacted the Receiver-Claimants' counsel and requested an extension until March 1, 2007, on behalf of Claimant Grant to file responsive pleadings and respond to the discovery.

14.    On or about March 9, 2007, counsel sent Attorney Sanders an e-mail, on behalf of the Receiver-Claimants, advising him that the March 1, 2007, deadline had passed without his

client filing any response. On or about March 12, 2007, Attorney Sanders responded by e-mail and stated that he would file a response the week of March 11, 2007. Copies of the e-mails exchanged between attorneys are attached as Exhibit C.

15. On March 14, 2007, counsel sent a follow-up message to Attorney Sanders regarding Claimant Grant's failure to plead or respond to discovery. A copy of the follow-up message dated March 14, 2007, is attached hereto as Exhibit D.

16. Fed. R. Civ. P. § 55(a) provides "when a party against whom judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default."

17. Claimant Grant has failed to plead or otherwise defend any of the allegations of the Receiver-Claimants or to respond to their written discovery despite having an extended period of time to do so.

18. In their Cross-Claim, the Receiver-Claimants have requested declaratory relief that Claimant Grant has no title to or interest in or right to possess the Defendant Currency or any portion thereof and for recovery of their costs. Given Claimant Grant's complete inactivity in the case and lack of attention to this proceeding for almost seven years, despite having been properly served with the Receiver-Claimants' Joint Cross-Claim and written discovery, it is appropriate for the Clerk to enter a default in favor of the Receivers on their Joint Cross-Claim.

WHEREFORE, for these reasons and pursuant to Fed. R. Civ. P. § 55(a), Receiver-Claimants respectfully requests that the Clerk enter default in favor of Receiver-Claimants and against Claimant Arthur F. Grant; and to grant such other, further, and additional relief which the Court finds the Receiver-Claimants to be entitled.

Dated: April 9, 2007
New Haven, Connecticut

Respectfully submitted,

/s/ Douglas S. Skalka
Douglas S. Skalka (ct00616)
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510-2026
Telephone: (203) 821-2000
Facsimile: (203) 821-2009

Of Counsel

and

Douglas J. Schmidt            MO # 34266
Terrance M. Summers        MO # 38319
Patrick A. McInerney          MO # 37638
Blackwell Sanders Peper Martin LLP
4801 Main, Suite 1000
Kansas City, Missouri 64112
Tel (816) 983-8000
Fax (816) 983-8080

Counsel for Douglas M. Ommen, Director of the Missouri Department of Insurance, Financial Institutions and Professional Regulation, in his official capacity as Receiver of INTERNATIONAL FINANCIAL SERVICES LIFE INSURANCE COMPANY

and

Alan F. Curley
C. Philip Curley
Cynthia H. Hyndman
ROBINSON CURLEY & CLAYTON, P.C.
300 South Wacker Drive, Suite 1700
Chicago, Illinois 60606
Ph (312) 663-3100

and

Charles G. Copeland (MS Bar #6516)
Rebecca Blunden (MS Bar #99611)
COPELAND, COOK, TAYLOR & BUSH, P.A.
P.O. Box 6020
Ridgeland, Mississippi 39158
Ph (601) 856-7200
Fx (601) 856-7626
Counsel for GEORGE DALE, Commissioner of Insurance for the State of Mississippi, in his official capacity as Receiver of FRANKLIN PROTECTIVE LIFE INSURANCE COMPANY, FAMILY GUARANTY LIFE INSURANCE COMPANY, and FIRST NATIONAL LIFE INSURANCE COMPANY OF AMERICA

and

Andrew B. Campbell (TN 14258, CT Fed. 21433)
Graham Matherne, Esq.
WYATT, TARRANT & COMBS, LLP
2525 West End Avenue, Suite 1500
Nashville, Tennessee  37203-1423
Ph (615) 244-0020
Fx (615) 251-6661
Counsel for Leslie A. Newman, Commissioner for the Tennessee Department of Commerce and Insurance, in her official capacity as Receiver of FRANKLIN AMERICAN LIFE INSURANCE COMPANY

and

Susan B. Loving, Esq.
LESTER, LOVING AND DAVIES
1701 South Kelly
Edmond, Oklahoma 73013
Ph (405) 844-9900
Fx (405) 844-9958
Counsel for KIM HOLLAND, Insurance
Commissioner for the State of Oklahoma, in her
official capacity as Receiver of FARMERS AND
RANCHERS LIFE INSURANCE COMPANY

and

Steve A. Uhrynowycz, Esq.
Arkansas Insurance Department
Liquidation Division
1023 W. Capitol Avenue, Suite 2
Little Rock, Arkansas 72201-1904
Ph (501) 371-2776
Fx (501) 374-0101
Counsel for JULIE BENAFIELD BOWMAN,
Insurance Commissioner for the State of Arkansas,
in her official capacity as Receiver of OLD
SOUTHWEST LIFE INSURANCE COMPANY

*Attorneys for Receiver-Claimants*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil No. 3:00-cv-01910-EBB |
| ) | |
| **$140,000.00 IN UNITED STATES** ) | |
| **CURRENCY SEIZED FROM** ) | |
| **ACCOUNT NO. 1215701749, HELD IN** ) | |
| **THE NAME OF ARTHUR F. GRANT,** ) | |
| **AT BANK OF AMERICA, ROLLING** ) | |
| **HILLS, CALIFORNIA,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was delivered on the 9th day of April, 2007, via United States mail, first-class postage prepaid, to:

John A. Danaher, III, U.S. Attorney
John B. Hughes, Asst.U.S. Attorney
David X. Sullivan, Asst. U.S. Attorney
P.O. Box 1824
New Haven, CT 06508

*Attorneys for Plaintiff United States of America*

J. Stanley Sanders
2015 Wellington Road
Los Angeles, CA  90016

*Attorney for Arthur F. Grant*

/s/ Douglas S. Skalka
Douglas S. Skalka