UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                                   )<br>      Plaintiff,       )<br>                                   )<br>v.                                  )<br>                                 )<br>$140,000.00 IN UNITED STATES )<br>CURRENCY SEIZED FROM )<br>ACCOUNT NO. 1215701749, HELD IN )<br>THE NAME OF ARTHUR F. GRANT, )<br>AT BANK OF AMERICA, ROLLING )<br>HILLS, CALIFORNIA, )<br>                                 )<br>      Defendant.      )  | Civil No. 3:00-cv-01910-EBB |

**AFFIDAVIT OF TERRANCE M. SUMMERS**

STATE OF MISSOURI    )
                             ) ss.
COUNTY OF JACKSON    )

The undersigned, under oath, states as follows:

1. My name is Terrance M. Summers. I am personally familiar with the facts stated in this Affidavit.

2. I am a partner at the firm of Blackwell Sanders Peper Martin LLP, and I am one of the attorneys of record for the Receiver-Claimants, as defined in their Joint Application for Entry of Default pursuant to Fed. R. Civ. P. § 55(a) in the case styled United States of America v. $140,000 in United States Currency, Civil No. 3:00-cv-01910-EBB, in the United States District Court for the District of Connecticut.

3. On February 11, 2005, the Receiver-Claimants filed a Joint Cross-Claim against Claimant Arthur F. Grant in the forfeiture proceeding.

4. I caused a true and correct copy of the Joint Cross-Claim to be mailed to Claimant Grant's Attorney, J. Stanley Sanders, in accordance with Fed. R. Civ. P. 5, at his address of record as evidenced by the Certificate of Service. The Certificate of Service provides that a copy of the Joint Cross-Claim Against Arthur F. Grant was delivered on the 11th day of February, 2005, via United States mail, first-class postage prepaid, to J. Stanley Sanders, 2015 Wellington Road, Los Angeles, CA 90016.

Exhibit A

KC-1483586-1

5.   No answer or other responsive pleading to the Receiver-Claimants' Joint Cross-Claim has ever been filed by or on behalf of Grant. The time for Grant to file a responsive pleading or motion has passed.

6.   After receiving the Court's Order dated December 15, 2006, denying the Receiver-Claimants' Joint Motion for Default Judgment on Cross-Claim Against Grant, I contacted attorney Sanders and advised him that if he did not file a responsive pleading, the Receiver-Claimants would seek court intervention. True and correct copies of correspondence with Attorney Sanders including my letter dated December 15, 2006, my e-mails dated March 9 and March 14, 2007, and Attorney Sanders e-mail dated March 12, 2007, are attached as exhibits to the Application for Entry of Default  Despite receiving two additional extensions from the Receiver-Claimants in which to file a responsive pleading and respond to written discovery, Claimant Grant has failed to plead or otherwise defend against the Receiver-Claimants' Joint Cross-Claim.

_____
Terrance M. Summers

Subscribed and sworn to before me on
this 6th day of April, 2007.

_____
Notary Public

My commission expires:

ELIZABETH S. McGUIRE
Notary Public - Notary Seal
STATE OF MISSOURI
Bates County
My Commission Expires: 3/22/2010
Commission #06437886

LAW FIRM

# BLACKWELL SANDERS PEPER MARTIN
## LLP

4801 MAIN STREET SUITE 1000 KANSAS CITY, MO 64112
P.O. BOX 219777 KANSAS CITY, MO 64121-6777
TEL: (816) 983-8000   FAX: (816) 983-8080
WEBSITE: www.blackwellsanders.com

Terrance Summers
DIRECT: (816) 983-8222

DIRECT FAX: (816) 983-8080
E-MAIL: tsummers@blackwellsanders.com

December 15, 2006

J. Stanley Sanders
Law Office of J. Stanley Sanders
2015 Wellington Road
Los Angeles, CA 90016-1824

Re:   United States v. $140,000 in Currency, held in the name of Arthur F. Grant
      Our File No. 1284-7

Dear Mr. Sanders:

I am writing on behalf of the Receiver-Claimants who have asserted claims in the forfeiture proceeding involving the above-referenced seized account. On February 11, 2005, the Receiver-Claimants filed a joint cross-claim against Arthur F. Grant which was served upon you in accordance with Fed. R. Civ. Pro. 5. As of December 15, 2006, your client has not filed a responsive pleading to the Receivers' Cross-Claim. In addition, the Receiver-Claimants served your client with written discovery, specifically Interrogatories and Requests for Production of Documents, on March 2, 2005, to which your client has not ever responded. I am writing to advise you that if your client does not file responsive pleadings and responses to written discovery previously served upon you before December 31, 2006, we will move to compel your client's responses to written discovery and seek to obtain sanctions.

Please consider this letter as the Receiver-Claimants' good faith attempt to resolve your client's failure to respond to discovery without court intervention. If you have any questions, please do not hesitate to contact me.

Sincerely,

Terrance Summers

Terrance Summers

TMS:lmo



Exhibit B

KC-1454479-1

KANSAS CITY, MISSOURI • ST. LOUIS, MISSOURI • OMAHA, NEBRASKA • SPRINGFIELD, MISSOURI • LINCOLN, NEBRASKA
OVERLAND PARK, KANSAS • BELLEVILLE, ILLINOIS • WASHINGTON, D.C. • LONDON, UNITED KINGDOM
AFFILIATES: LEEDS • MANCHESTER
MEMBER OF THE WORLD SERVICES GROUP

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**
2005 FEB 11  P 3: 25
U.S. DISTRICT COURT
NEW HAVEN, CT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:00-cv-01910-EBB |
| ) | |
| $140,000.00 IN UNITED STATES ) | |
| CURRENCY SEIZED FROM ) | |
| ACCOUNT NO. 1215701749, HELD IN ) | |
| THE NAME OF ARTHUR F. GRANT, ) | |
| AT BANK OF AMERICA, ROLLING ) | |
| HILLS, CALIFORNIA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### RECEIVER-CLAIMANTS' JOINT
### CROSS-CLAIM AGAINST ARTHUR F. GRANT

COMES NOW GEORGE DALE, Commissioner of Insurance for the State of Mississippi, in his official capacity as Receiver of Franklin Protective Life Insurance Company, Family Guaranty Life Insurance Company and First National Life Insurance Company of America; PAULA A. FLOWERS, Commissioner of Commerce and Insurance for the State of Tennessee, in her official capacity as Receiver of Franklin American Life Insurance Company; KIM HOLLAND, Insurance Commissioner for the State of Oklahoma, in her official capacity as Receiver of Farmers and Ranchers Life Insurance Company, in Liquidation; MIKE PICKENS, Insurance Commissioner for the State of Arkansas, in his official capacity as Receiver for Old Southwest Life Insurance Company and DOUGLAS M. OMMEN, Acting Director of the Department of Insurance for the State of Missouri, in his official capacity as Receiver of International Financial Services Life Insurance Company (collectively, the "Receiver-Claimants"), by and through counsel, asserting this Joint Cross-Claim against Arthur F. Grant, a

KC-1257508-2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,           )
                                    )
         Plaintiff,                 )
                                    )
v.                                  )   Civil No. 3:00-cv-01910-EBB
                                    )
$140,000.00 IN UNITED STATES        )
CURRENCY SEIZED FROM                )
ACCOUNT NO. 1215701749, HELD IN     )
THE NAME OF ARTHUR F. GRANT,        )
AT BANK OF AMERICA, ROLLING         )
HILLS, CALIFORNIA,                  )
                                    )
         Defendant.                 )
                                    )

### RECEIVER-CLAIMANTS' FIRST INTERROGATORIES
### DIRECTED TO CLAIMANT ARTHUR F. GRANT

COME NOW Receiver-Claimants GEORGE DALE, Commissioner of Insurance for the State of Mississippi, in his official capacity as Receiver of Franklin Protective Life Insurance Company ("FPL"), Family Guaranty Life Insurance Company ("FGL"), and First National Life Insurance Company of America ("FNL"), BILL GIBSON, Commissioner of Commerce and Insurance for the State of Tennessee, in his official capacity as Receiver of Franklin American Life Insurance Company ("FAL"), KIM HOLLAND, Insurance Commissioner for the State of Oklahoma, in her official capacity as Receiver of Farmers and Ranchers Life Insurance Company ("F&RL"), JULIE BENAFIELD BOWMAN, Insurance Commissioner for the State of Arkansas, in her official capacity as Receiver of Old Southwest Life Insurance Company ("OSL"), and DOUGLAS M. OMMEN, Acting Director of the Department of Insurance for the State of Missouri, in his official capacity as Receiver of International Financial Services Life Insurance Company ("IFS") in their official capacities, by and through their attorneys, and

KC-1264989-1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil No. 3:00-cv-01910-EBB |
| | ) |
| $140,000.00 IN UNITED STATES CURRENCY SEIZED FROM ACCOUNT NO. 1215701749, HELD IN THE NAME OF ARTHUR F. GRANT, AT BANK OF AMERICA, ROLLING HILLS, CALIFORNIA, | ) ) ) ) ) ) |
| | ) |
| Defendant. | ) |
| | ) |

### RECEIVER-CLAIMANTS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS FROM CLAIMANT ARTHUR F. GRANT

COME NOW Receiver-Claimants GEORGE DALE, Commissioner of Insurance for the State of Mississippi, in his official capacity as Receiver of Franklin Protective Life Insurance Company ("FPL"), Family Guaranty Life Insurance Company ("FGL"), and First National Life Insurance Company of America ("FNL"), BILL GIBSON, Commissioner of Commerce and Insurance for the State of Tennessee, in his official capacity as Receiver of Franklin American Life Insurance Company ("FAL"), KIM HOLLAND, Insurance Commissioner for the State of Oklahoma, in her official capacity as Receiver of Farmers and Ranchers Life Insurance Company in Liquidation ("F&RL"), JULIE BENAFIELD BOWMAN, Insurance Commissioner for the State of Arkansas, in her official capacity as Receiver of Old Southwest Life Insurance Company ("OSL"), and DOUGLAS M. OMMEN, Acting Director of the Department of Insurance for the State of Missouri, in his official capacity as Receiver of International Financial Services Life Insurance Company ("IFS") in their official capacities, by and through their

KC-1264729-1

## Summers, Terrance

| **From:** | Summers, Terrance |
| **Sent:** | Friday, March 09, 2007 2:14 PM |
| **To:** | 'jstansanders@aol.com' |
| **Cc:** | Schmidt, Douglas |
| **Subject:** | Arthur Grant forfeiture claim in CT |

Stan,

I have heard nothing from you since December when you advised me that you would respond the Receivers' discovery requests and file a formal answer to their cross-claim on March 1, 2007. That date has since passed without receiving any thing from you. I intend to request that the Court strike your client's claim for failure to respond to discovery despite several requests. If you want to discuss this, call me at (816) 983-8222.

Terry Summers



Exhibit C

3/29/2007

## Summers, Terrance

**From:** Jstansanders@aol.com
**Sent:** Monday, March 12, 2007 12:41 PM
**To:** Summers, Terrance
**Subject:** Re: Arthur Grant forfeiture claim in CT

Terry,

I will get that Response filed this week. Sorry for the delay. Thanks for your indulgence.

Stan Sanders

---

AOL now offers free email to everyone. Find out more about what's free from AOL at **AOL.com**.

3/29/2007

## Summers, Terrance

**From:** Summers, Terrance
**Sent:** Wednesday, March 14, 2007 5:10 PM
**To:** 'Jstansanders@aol.com'
**Cc:** 'tsummers@kc.rr.com'
**Subject:** US v. $140,000 and forfeiture claim of Arthur Grant

Please see attached correspondence re your client's failure to respond to the cross-claim and comply with discovery.

**Exhibit D**

LAW FIRM

**BLACKWELL SANDERS PEPER MARTIN**
LLP

4801 MAIN STREET SUITE 1000 KANSAS CITY, MO 64112
P.O. BOX 219777 KANSAS CITY, MO 64121-6777
TEL: (816) 983-8000   FAX: (816) 983-8080
WEBSITE: www.blackwellsanders.com

Terrance Summers
DIRECT: (816) 983-8222

DIRECT FAX: (816) 983-8080
E-MAIL: tsummers@blackwellsanders.com

March 14, 2007

J. Stanley Sanders
Law Office of J. Stanley Sanders
2015 Wellington Road
Los Angeles, CA 90016-1824

    **Re:**    United States v. $140,000 in Currency, held in the name of Arthur F. Grant
               Our File No. 1284-7

Dear Mr. Sanders:

    I am writing to follow up on the telephone message I left for you within the past week. I wrote to you on December 15, 2006, and it was my understanding that your client would be filing a responsive pleading to the Receivers' cross-claim and responding to written discovery no later than March 1, 2007. A copy of my December 15, 2006 letter is attached.

    It has now been over two years since the original discovery was served and your client has yet to file a response to the cross-claim or answer the discovery. The Receivers have acted in good faith and have graciously granted you extensions to respond, which your client has failed to comply with. The Receivers intend to move the Court to compel your client's responses to written discovery and to seek sanctions and costs.

    If you have any questions, please do not hesitate to contact me.

                                         Sincerely,

                                         Terrance Summers

TMS:jab
Enclosure

KC-1478825-1
KANSAS CITY, MISSOURI • ST. LOUIS, MISSOURI • OMAHA, NEBRASKA • SPRINGFIELD, MISSOURI • LINCOLN, NEBRASKA
OVERLAND PARK, KANSAS • BELLEVILLE, ILLINOIS • WASHINGTON, D.C. • LONDON, UNITED KINGDOM
AFFILIATES: LEEDS • MANCHESTER
MEMBER OF THE WORLD SERVICES GROUP