UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:00CV1910 (EBB) |
| | : | |
| $140,000.00 IN UNITED STATES | : | |
| CURRENCY SEIZED FROM ACCOUNT | : | |
| NUMBER 1215701749, HELD IN THE | : | |
| NAME OF ARTHUR F. GRANT, | : | |
| AT BANK OF AMERICA, | : | |
| ROLLING HILLS, CALIFORNIA, | : | |
| | : | |
| Defendant. | : | April 23, 2007 |
| | : | |
| [CLAIMANT: ARTHUR F. GRANT] | : | |

SIXTH MOTION TO EXTEND SCHEDULING DEADLINES

The Plaintiff, United States of America and the Receiver-Claimants, hereby respectfully

request that the deadlines in this case be extended to the following schedule:

| | | |
|---|---|---|
| 1. | Complete discovery by: | August 15, 2007 |
| 2. | Disclosure of experts by: | September 17, 2007 |
| 3. | Disclosure of rebuttal experts by: | October 1, 2007 |
| 4. | Dispositive motions by: | October 15, 2007 |
| 5. | Pre-Trial Conference: | November 5, 2007 |
| 6. | Trial-Ready Date: | December 10, 2007 |

The United States is also filing motions for extension in all of the Frankel-related

forfeiture actions,[1] except the two cases that have been stayed,[2] and this case.

---

[1]United States v. 889 Lake Avenue, 3:99CV979, United States v. $11,014,165.20, et al.
3:99CV2589, United States v. 1995 Turbo Commander Aircraft, et al., 3:99CV2590, United States
v. 50 Cases of Wine, 3:00CV2008, United States v. '99 Chevy Tahoe, et al., 3:00CV2007, United

(continued...)

As with the other Frankel-related cases, the United States and Receiver-Claimants have been working together in an effort to resolve this case.  Due to the complexity of the cases and multiple Receiver-Claimants involved, more time is needed to continue to explore the possibility of settlement.

On April 20, 2007, pursuant to Fed. R. Civ. P. 55(a), the Court granted the Receiver-Claimants' motion for default as to their Joint Cross-Claim against Arthur Grant.  A motion for default judgment as to the Receiver-Claimants' Joint Cross-Claim is due to be filed with the Court within thirty (30) days.  In light of the litigation between the Receiver-Claimants and Claimant Arthur Grant, this case will need more time than the other Frankel-related forfeiture actions and the proposed dates outlined above are advanced by approximately two months compared to the extensions sought in the other cases.

The parties therefore respectfully request an extension of the deadlines as outlined above. This is the sixth motion for extension filed with respect to these deadlines.  Counsel for the Receiver-Claimants concur with this request and the proposed dates outlined above and support

---

[1](...continued)
States v. $596,013.77, et al., 3:00CV2010, United States v. $662,310.79, et al., 3:00CV2009, United States v. $135,384.88, 3:04CV1083, United States v. 895 Lake Avenue, 3:99CV1772 (EBB).

[2]United States v. $29,035,500.00 & $3,241,500.00, Civil No. 3:01CV1515 (EBB), and United States v. 277 Diamonds, et al., Civil No. 3:02CV889 (EBB).

the granting of this motion.  Counsel for the Claimant, Arthur Grant, has indicated that he also

concurs with the request for extension and proposed dates.

        Respectfully submitted,

        KEVIN J. O'CONNOR
        UNITED STATES ATTORNEY


        JULIE G. TURBERT
        ASSISTANT U.S. ATTORNEY
        157 CHURCH STREET
        NEW HAVEN, CT 06510
        TEL. (203) 821-3700
        FAX (203) 773-5373
        FEDERAL BAR # ct23398

<u>CERTIFICATE OF SERVICE</u>

This is to certify that a copy of the within and foregoing Sixth Motion to Extend

Scheduling Deadlines has been mailed, postage prepaid, this 23rd day of April, 2007, to:

J. Stanley Sanders, Esq.
2015 Wellington Road
Los Angeles, CA 90016-1824

Douglas J. Schmidt, Esq.
Tessa K. Jacob, Esq.
Terrance Summers, Esq.
Blackwell Sanders Peper Martin, LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112

Douglas S. Skalka, Esq.
Neubert, Pepe & Monteith
195 Church Street
New Haven, CT 06510

Graham Matherne, Esq.
Wyatt Tarrant & Combs
2525 West End Avenue, Suite 1500
Nashville, Tennessee  37203

Charles G. Copeland, Esq.
Copeland, Cook, Taylor & Bush, P.A.
1062 Highland Colony Parkway, Ste. 200
P.O. Box 6020
Ridgeland, Mississippi 39157

Andrew B. Campbell
Wyatt, Tarrant & Combs
2525 W. End Avenue
Suite 1500
Nashville, TN 37203

Susan Loving, Esq.
Lest, Loving and Davies
1701 South Kellly
Edmund, Oklahoma 73013


_____
JULIE G. TURBERT
ASSISTANT U.S. ATTORNEY