**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**   )<br>                                              )<br>         **Plaintiff,**         )<br>                                              )<br>v.                                         )<br>                                              )<br>**$140,000.00 IN UNITED STATES** )<br>**CURRENCY SEIZED FROM**     )<br>**ACCOUNT NO. 1215701749, HELD IN** )<br>**THE NAME OF ARTHUR F. GRANT,** )<br>**AT BANK OF AMERICA, ROLLING** )<br>**HILLS, CALIFORNIA,**           )<br>                                              )<br>         **Defendant.**         )<br>                                              ) | Civil No. 3:00-cv-01910-EBB |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was sent on the 30th day of April 2007, via United States mail, first-class postage prepaid, to:

| | |
|---|---|
| John A. Danaher, III, Esq.<br>John B. Hughes, Esq.<br>David X. Sullivan, Esq.<br>P.O. Box 1824<br>New Haven, CT 06508<br><br>*Attorneys for Plaintiff United States of America* | J. Stanley Sanders<br>2015 Wellington Road<br>Los Angeles, CA  90016<br><br>*Attorney for Arthur F. Grant* |
| | |

　　　　　　　　　　　　　　　　　　/s/ Douglas S. Skalka
　　　　　　　　　　　　　　　　　　Douglas S. Skalka

**Error! Unknown document property name.**