UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:00CV1910 (EBB) |
| | : | |
| $140,000.00 IN UNITED STATES | : | |
| CURRENCY SEIZED FROM ACCOUNT | : | |
| NUMBER 1215701749, HELD IN THE | : | |
| NAME OF ARTHUR F. GRANT, | : | |
| AT BANK OF AMERICA, | : | October 9, 2007 |
| ROLLING HILLS, CALIFORNIA, | : | |
| | : | |
| Defendant. | : | |

MOTION FOR DECREE OF FORFEITURE

Pursuant to Rule 55 of the Federal Rules of Civil Procedure, and Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, the Plaintiff, United States of America, respectfully moves this Court for entry of a Decree of Forfeiture.

A supporting memorandum and proposed Decree of Forfeiture are filed herewith.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

_____
JULIE G. TURBERT
ASSISTANT U.S. ATTORNEY
ATTORNEY BAR # ct23398
157 CHURCH STREET
NEW HAVEN, CT  06510
TELEPHONE:  (203) 821-3700
FAX: (203) 773-5373
EMAIL:  Julie.Turbert@usdoj.gov

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Motion for Decree of Forfeiture has been mailed, postage prepaid, on this 9th day of October, 2007, to:

J. Stanley Sanders, Esq.
2015 Wellington Road
Los Angeles, CA 90016-1824

Susan B. Loving, Esq.
Lester, Loving & Davies
1701 South Kelly
Edmond, Oklahoma 73013-3018

Douglas J. Schmidt, Esq.
Terrance Summers, Esq.
Blackwell Sanders Peper Martin
4801 Main Street, Suite 1000
Kansas City, Missouri 64112

Andrew B. Campbell, Esq.
Wyatt, Tarrant & Combs
2525 West End Avenue, Suite 1500
Nashville, Tennessee 37203

Douglas S. Skalka, Esq.
Neubert, Pepe & Monteith
195 Church Street, 13th Floor
New Haven, Connecticut 06510

Charles G. Copeland, Esq.
Janet G. Arnold, Esq.
Copeland, Cook, Taylor & Bush
1062 Highland Colony Parkway
P.O. Box 6020
Ridgeland, Mississippi 39157

Steve A. Uhrynowycz, Esq.
1200 West Third Street, Room 340
Little Rock, Arkansas 72201-1904

_____
JULIE G. TURBERT
ASSISTANT U.S. ATTORNEY