UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:00CV1910 (EBB) |
| | : | |
| $140,000.00 IN UNITED STATES CURRENCY SEIZED FROM ACCOUNT NUMBER 1215701749, HELD IN THE NAME OF ARTHUR F. GRANT, AT BANK OF AMERICA, ROLLING HILLS, CALIFORNIA, | : : : : : : : | |
| Defendant. | : | |

DECREE OF FORFEITURE

On October 4, 2000, a Verified Complaint of Forfeiture was filed on behalf of the plaintiff, United States of America, for the forfeiture of $140,000 in United States currency seized from account number 1215701749, held in the name of Arthur F. Grant, at Bank of America, Rolling Hills, California ("Defendant Currency"). The Complaint alleges that the Defendant Currency was involved in a financial transaction in violation of 18 U.S.C. §§ 1956 and 1957, and is therefore subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(A).

It appearing that process was fully issued in this action and returned according to law, the Court finds as follows:

ARREST, NOTICE AND SERVICE OF PROCESS

That pursuant to a Warrant of Arrest In Rem issued by this Court on October 5, 2000, the Internal Revenue Service Criminal Investigation for the District of Connecticut seized the Defendant Currency on October 25, 2000;

That on November 2, 9 and 16, 2000, notice of this action was published in the Palos Verdes Peninsula News newspaper in Rancho Palos Verdes, California;[1]

That on October 30, 2000, J. Stanley Sanders, Esq., attorney for Arthur F. Grant, waived personal service of the Verified Complaint of Forfeiture and Warrant of Arrest In Rem;

CLAIMS AND ANSWERS

That on October 31, 2000, Arthur F. Grant filed a Claim of Ownership to Property Seized, and on November 30, 2000, filed an Answer and Affirmative Defenses to the Verified Complaint of Forfeiture;

That on November 6, 2000, Carroll Fisher, Insurance Commissioner and Receiver for Farmers & Ranchers Life Insurance Company, filed a Claim, and on November 16, 2000, filed an Answer and Affirmative Defenses to the Verified Complaint of Forfeiture, and Counterclaim against the United States;

That on November 8, 2000, Mike Pickens, Receiver of Old Southwest Life Insurance, filed a Claim, and on November 28, 2000, filed an Answer and Defenses to the Verified Complaint of Forfeiture;

---

[1] The United States Attorney's cost for advertising notice of this forfeiture action totals $495.00.

2

That on November 8, 2000, Anne B. Pope, Commissioner and Receiver of Franklin American Life Insurance Company, filed a Claim, and on November 27, 2000, filed an Answer and Affirmative Defenses to the Verified Complaint of Forfeiture, and Counterclaim against the United States of America;

That on November 8, 2000, 2000, Keith Wenzel, Director of the Mississippi Department of Insurance in Statutory Capacity as Liquidator of International Financial Services Life Insurance, filed a Claim, and on November 27, 2000, filed an Answer and Affirmative Defenses to the Verified Complaint of Forfeiture, and Counterclaim against the United States;

That on November 8, 2000, George Dale, Mississippi Commissioner of Insurance, filed a Claim, and on November 27, 2000, filed an Answer and Affirmative Defenses to the Verified Complaint of Forfeiture, and Counterclaim against the United States;

## CROSS-CLAIM

That on February 11, 2005, the Receiver-Claimants filed a Joint Cross-Claim against Arthur F. Grant;

## DEFAULTS

That pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, on April 20, 2007, Arthur F. Grant was defaulted for failure to plead or otherwise defend in response to Receiver-Claimants' Cross-Claim and written discovery requests;

That pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, on August 1, 2007, a default judgment was entered against Arthur F. Grant, wherein the Court declared that "Grant has no title to or interest in or right to possess the Defendant Currency or any portion thereof" and

that "Receiver-Claimants' claim to the Defendant Currency has priority over Claimant Grant's claim;"

STIPULATION BETWEEN THE UNITED STATES<br>AND RECEIVER-CLAIMANTS

That the United States and the Receiver-Claimants entered into a Stipulation whereby the parties agreed that upon the Department of Justice's granting of the Receiver-Claimants' Petition for Remission pursuant to the Regulations Governing the Remission or Mitigation of Civil and Criminal Forfeiture, 28 C.F.R. §§ 9.1-9.9, the United States shall distribute to the Receiver-Claimants the following pro rata shares of the net proceeds of the above-referenced assets, less allowable costs, as follows:

| Claimant/Petitioner | Pro Rata Share of Net Proceeds |
| --- | ---: |
| Franklin Protective Life Insurance Company | 4.10% |
| Family Guaranty Life Insurance Company | 6.99% |
| Farmers and Ranchers Life Insurance Company | 2.30% |
| First National Life Insurance Company of America | 54.78% |
| Franklin American Life Insurance Company | 8.00% |
| Old Southwest Life Insurance Company | 1.75% |
| International Financial Services Life Insurance Company | 22.08% |

That payment of the accrued interest on the assets seized by the Internal Revenue Service Criminal Investigation shall be governed by a separate order of this Court addressing the Receiver-Claimants' motion for payment of accrued interest;

Now, therefore, on motion of the Plaintiff, United States of America, for a Decree of Forfeiture, it is hereby

ORDERED, ADJUDGED AND DECREED that the default as to all persons having any right, title or interest in the defendant, $140,000 in United States currency, seized from account number 1215701749, held in the name of Arthur F. Grant, at Bank of America, Rolling Hills, California, under seizure in this action be and is hereby entered herein;

ORDERED, ADJUDGED AND DECREED that the defendant, $140,000 in United States currency, seized from account number 1215701749, held in the name of Arthur F. Grant, at Bank of America, Rolling Hills, California, be forfeited to the United States of America and disposed of in accordance with the Stipulation between the United States and the Receiver-Claimants; and it is further

ORDERED, ADJUDGED AND DECREED that the Court determines that there is no just reason for delay and it directs the Clerk to enter judgment based upon this Decree of Forfeiture as a final judgment for appeal purposes.

Dated at New Haven, Connecticut, this _____ day of October, 2007.

_____
HONORABLE ELLEN BREE BURNS
SENIOR UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing proposed Decree of Forfeiture has been mailed, postage prepaid, on this 9th day of October, 2007, to:

J. Stanley Sanders, Esq.
2015 Wellington Road
Los Angeles, CA 90016-1824

Susan B. Loving, Esq.
Lester, Loving & Davies
1701 South Kelly
Edmond, Oklahoma 73013-3018

Douglas J. Schmidt, Esq.
Terrance Summers, Esq.
Blackwell Sanders Peper Martin
4801 Main Street, Suite 1000
Kansas City, Missouri 64112

Andrew B. Campbell, Esq.
Wyatt, Tarrant & Combs
2525 West End Avenue, Suite 1500
Nashville, Tennessee 37203

Douglas S. Skalka, Esq.
Neubert, Pepe & Monteith
195 Church Street, 13th Floor
New Haven, Connecticut 06510

Charles G. Copeland, Esq.
Janet G. Arnold, Esq.
Copeland, Cook, Taylor & Bush
1062 Highland Colony Parkway
P.O. Box 6020
Ridgeland, Mississippi 39157

Steve A. Uhrynowycz, Esq.
1200 West Third Street, Room 340
Little Rock, Arkansas 72201-1904

 

JULIE G. TURBERT
ASSISTANT U.S. ATTORNEY