UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:00CV1910 (EBB) |
| | : | |
| $140,000.00 IN UNITED STATES | : | |
| CURRENCY SEIZED FROM ACCOUNT | : | |
| NUMBER 1215701749, HELD IN THE | : | |
| NAME OF ARTHUR F. GRANT, | : | |
| AT BANK OF AMERICA, | : | May 30, 2008 |
| ROLLING HILLS, CALIFORNIA, | : | |
| | : | |
| Defendant. | : | |

REQUEST FOR DISBURSEMENT OF COST BOND

The plaintiff, United States of America, hereby requests the disbursement of $4,505.00 of the $5,000 cost bond filed by the Claimant Arthur Grant in connection with this case as required by 19 U.S.C. § 1608 and 21 C.F.R. § 1316.76.

A Decree of Forfeiture was entered in favor of the plaintiff, United States of America, on October 10, 2007.

Since the filing of this action on October 4, 2000, the following costs, which are recoverable pursuant to 21 C.F.R. § 1316.76, have been incurred:

| | |
|---|---|
| **Advertising of Notice of Forfeiture** | $495.00 |
| **TOTAL:** | **$495.00** |

Since the cost attributable to the forfeiture of the defendant currency is less than the $5,000.00 cost bond, $495.00 should be transferred to the Asset Forfeiture Fund, and a check made payable to J. Stanley Sanders, Esq., in Trust for Arthur Grant, in the amount of $4,505.00 should be issued.

Therefore, it is respectfully requested that the United States Department of Treasury, Internal Revenue Service, Criminal Investigation, be directed to transfer $495.00 to the Asset Forfeiture Fund and issue a check payable to J. Stanley Sanders, Esq., in Trust for Arthur Grant, in the amount of $4,505.00.

PLAINTIFF,
UNITED STATES OF AMERICA

NORA R. DANNEHY
ACTING UNITED STATES ATTORNEY

May 30, 2008
DATE

JULIE G. TURBERT
ASSISTANT U.S. ATTORNEY
ATTORNEY BAR # ct23398
157 CHURCH STREET
NEW HAVEN, CT 06510
TEL. (203) 821-3700
FAX (203) 773-5373
Email: Julie.Turbert@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:00CV1910 (EBB) |
| | : | |
| $140,000.00 IN UNITED STATES CURRENCY SEIZED FROM ACCOUNT NUMBER 1215701749, HELD IN THE NAME OF ARTHUR F. GRANT, AT BANK OF AMERICA, ROLLING HILLS, CALIFORNIA, | : | |
| | : | |
| Defendant. | : | |

## DECLARATION

1.	I am an Assistant United States Attorney for the District of Connecticut, and the Attorney for the plaintiff, United States of America, in this case.

2.	I have read the contents of the foregoing Request for Disbursement of Cost Bond and the statements contained therein are true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 30th day of May, 2008.

_____
JULIE G. TURBERT
ASSISTANT U.S. ATTORNEY

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:00CV1910 (EBB) |
| | : | |
| $140,000.00 IN UNITED STATES | : | |
| CURRENCY SEIZED FROM ACCOUNT | : | |
| NUMBER 1215701749, HELD IN THE | : | |
| NAME OF ARTHUR F. GRANT, | : | |
| AT BANK OF AMERICA, | : | |
| ROLLING HILLS, CALIFORNIA, | : | |
| | : | |
| Defendant. | : | |

## ORDER DISBURSING COST BOND

Based on the foregoing Request for Disbursement of Cost Bond, it is hereby ORDERED

1) that the United States Department of Treasury, Internal Revenue Service, Criminal Investigation, the amount of $495.00 to the Asset Forfeiture Fund; and

2) that the United States Department of Treasury, Internal Revenue Service, Criminal Investigation, issue a check made payable to J. Stanley Sanders, Esq., in Trust for Arthur Grant, in the amount of $4,505.00, to be delivered to J. Stanley Sanders, Esq., 2015 Wellington Road, Los Angeles, CA 90016-1824.

Dated at New Haven, Connecticut, this _____ day of June, 2008.

_____
ELLEN BREE BURNS
SENIOR UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

This is to certify that a copies of the within and foregoing Request to Disburse Cost Bond, Declaration, and proposed Order Disbursing Cost Bond have been mailed, postage prepaid, on this 30th day of May, 2008, to:

J. Stanley Sanders, Esq.
2015 Wellington Road
Los Angeles, CA 90016-1824

Susan B. Loving, Esq.
Lester, Loving & Davies
1701 South Kelly
Edmond, Oklahoma 73013-3018

Douglas J. Schmidt, Esq.
Terrance Summers, Esq.
Blackwell Sanders Peper Martin
4801 Main Street, Suite 1000
Kansas City, Missouri 64112

Andrew B. Campbell, Esq.
Wyatt, Tarrant & Combs
2525 West End Avenue, Suite 1500
Nashville, Tennessee 37203

Douglas S. Skalka, Esq.
Neubert, Pepe & Monteith
195 Church Street, 13th Floor
New Haven, Connecticut 06510

Charles G. Copeland, Esq.
Janet G. Arnold, Esq.
Copeland, Cook, Taylor & Bush
1062 Highland Colony Parkway
P.O. Box 6020
Ridgeland, Mississippi 39157

Steve A. Uhrynowycz, Esq.
1200 West Third Street, Room 340
Little Rock, Arkansas 72201-1904

_____
JULIE G. TURBERT
ASSISTANT U.S. ATTORNEY