UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2008 JUN -3 P 1:

U.S. DISTRICT COURT
NEW HAVEN, CT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Civil No. 3:00CV1910 (EBB) |
| $140,000.00 IN UNITED STATES CURRENCY SEIZED FROM ACCOUNT NUMBER 1215701749, HELD IN THE NAME OF ARTHUR F. GRANT, AT BANK OF AMERICA, ROLLING HILLS, CALIFORNIA, | : | |
| Defendant. | : | |

## ORDER DISBURSING COST BOND

Based on the foregoing Request for Disbursement of Cost Bond, it is hereby ORDERED

1) that the United States Department of Treasury, Internal Revenue Service, Criminal Investigation, the amount of $495.00 to the Asset Forfeiture Fund; and

2) that the United States Department of Treasury, Internal Revenue Service, Criminal Investigation, issue a check made payable to J. Stanley Sanders, Esq., in Trust for Arthur Grant, in the amount of $4,505.00, to be delivered to J. Stanley Sanders, Esq., 2015 Wellington Road, Los Angeles, CA 90016-1824.

Dated at New Haven, Connecticut, this ___3___ day of June, 2008.

/s/ Ellen Bree Burns, SUSDJ
_____
ELLEN BREE BURNS
SENIOR UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

This is to certify that a copies of the within and foregoing Request to Disburse Cost Bond, Declaration, and proposed Order Disbursing Cost Bond have been mailed, postage prepaid, on this 30th day of May, 2008, to:

J. Stanley Sanders, Esq.
2015 Wellington Road
Los Angeles, CA 90016-1824

Susan B. Loving, Esq.
Lester, Loving & Davies
1701 South Kelly
Edmond, Oklahoma 73013-3018

Douglas J. Schmidt, Esq.
Terrance Summers, Esq.
Blackwell Sanders Peper Martin
4801 Main Street, Suite 1000
Kansas City, Missouri 64112

Andrew B. Campbell, Esq.
Wyatt, Tarrant & Combs
2525 West End Avenue, Suite 1500
Nashville, Tennessee 37203

Douglas S. Skalka, Esq.
Neubert, Pepe & Monteith
195 Church Street, 13th Floor
New Haven, Connecticut 06510

Charles G. Copeland, Esq.
Janet G. Arnold, Esq.
Copeland, Cook, Taylor & Bush
1062 Highland Colony Parkway
P.O. Box 6020
Ridgeland, Mississippi 39157

Steve A. Uhrynowycz, Esq.
1200 West Third Street, Room 340
Little Rock, Arkansas 72201-1904


_____
JULIE G. TURBERT
ASSISTANT U.S. ATTORNEY